## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3201033005183
LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | ROBERT |
| 2. MIDDLE | ALBERT |
| 3. LAST (Family) | APPEL |
| AKA. ALSO KNOWN AS | |
| 4. DATE OF BIRTH | [redacted] |
| 5. AGE Yrs. | 48 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP | NEVER MARRIED |
| 7. DATE OF DEATH | 05/14/2010 |
| 8. HOUR (24 Hours) | 2355 |
| 13. EDUCATION – Highest Level/Degree | DOCTORATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | ATTORNEY |
| 18. KIND OF BUSINESS OR INDUSTRY | LEGAL |
| 19. YEARS IN OCCUPATION | 16 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 440 DESERT HOLLY DRIVE |
| 21. CITY | PALM DESERT |
| 22. COUNTY/PROVINCE | RIVERSIDE |
| 23. ZIP CODE | 92211 |
| 24. YEARS IN COUNTY | 0 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | CAROLE S. KRECHMAN, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 30 COLGATE DRIVE, RANCHO MIRAGE, CA 92270 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | - |
| 29. MIDDLE | |
| 30. LAST (BIRTH NAME) | |
| 31. NAME OF FATHER/PARENT – FIRST | WARREN |
| 32. MIDDLE | ALLEN |
| 33. LAST | APPEL |
| 34. BIRTH STATE | CA |
| 35. NAME OF MOTHER/PARENT – FIRST | CAROLE |
| 36. MIDDLE | LOIS |
| 37. LAST (BIRTH NAME) | SUMNER |
| 38. BIRTH STATE | CA |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 05/24/2010 |
| 40. PLACE OF FINAL DISPOSITION | RES. CAROLE S. KRECHMAN, 30 COLGATE DRIVE, RANCHO MIRAGE, CA 92270 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | FOREST LAWN MEM. PARKS & MTYS. |
| 45. LICENSE NUMBER | FD 1847 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ERIC K. FRYKMAN, M.D. |
| 47. DATE | 05/20/2010 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | EISENHOWER MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 39000 BOB HOPE DRIVE |
| 106. CITY | RANCHO MIRAGE |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | PENDING |
| 108. DEATH REPORTED TO CORONER? | YES – REFERRAL NUMBER 2010-03858 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |

1 OF 3

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107.

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Pending Investigation (X)
120. INJURED AT WORK?

126. SIGNATURE OF CORONER / DEPUTY CORONER: DENISE FERRIS
127. DATE: 05/18/2010
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: DENISE FERRIS, DEPUTY CORONER

"010001001501319"

Exhibit: A

---

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE }

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Department of Health.

Eric Frykman, M.D., Local Registrar
RIVERSIDE COUNTY, CALIFORNIA

DATE ISSUED: **Sep 29, 2010**



00089 2205

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

#### AFFIDAVIT TO AMEND A RECORD
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 1.1

LOCAL REGISTRATION NUMBER: 3201033005183

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| ROBERT | ALBERT | APPEL |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 05/14/2010 | RANCHO MIRAGE | RIVERSIDE |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| WARREN ALLEN APPEL | CAROLE LOIS SUMNER |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 39 | 05/24/2010 | 06/01/2010 |

[2 OF 3]

REASON FOR CORRECTION: 11. TO AMEND DISPO DATE

### AFFIDAVITS AND SIGNATURES
TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ BRITTANY CLARK | BRITTANY CLARK | MORTUARY CLERK |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 69855 RAMON ROAD, CATHEDRAL CITY, CA 92234 | 06/03/2010 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ COLLEEN BABCOCK | COLLEEN BABCOCK | CLERK |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 69855 RAMON ROAD, CATHEDRAL CITY, CA 92234 | 06/03/2010 |

### STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ▶ ERIC K. FRYKMAN, M.D. | 06/03/2010 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*020101001514455*

FORM VS 24e (REV. 1/08)
1.1

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Department of Health.





Sep 29, 2010

DATE ISSUED

Eric Frykman, M.D., Local Registrar
RIVERSIDE COUNTY, CALIFORNIA

0 0 0 8 9 2 2 0 6

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**PHYSICIAN/CORONER'S AMENDMENT**

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052010101579
LOCAL REGISTRATION NUMBER: 3201033005183

2.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD:

- 1A. NAME—FIRST: ROBERT
- 1B. MIDDLE: ALBERT
- 1C. LAST: APPEL
- 2. SEX: M
- 3. DATE OF EVENT—MM/DD/CCYY: 05/14/2010
- 4. CITY OF EVENT: RANCHO MIRAGE
- 5. COUNTY OF EVENT: RIVERSIDE

## PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING | SUDDEN CARDIAC ARREST FOLLOWING PHYSICAL ALTERCATION WITH LAW ENFORCEMENT |
| 107AT | - | MINS |
| 112 | | ALCOHOLIC CARDIOMYOPATHY |
| 113 | | NO |
| 119 | PENDING INVESTIGATION | HOMICIDE |
| 120 | | NO |
| 121 | | 05/14/2010 |
| 122 | | 2227 |
| 123 | | IN FRONT OF RESIDENCE |
| 124 | | INVOLVED IN PHYSICAL ALTERCATION WITH LAW ENFORCEMENT |
| 125 | | 455 DESERT HOLLY DRIVE, PALM DESERT, CA 92211 |

3 OF 3

## DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

- 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER: ▶ STANLEY SNIFF JR.
- 10. DATE SIGNED—MM/DD/CCYY: 08/30/2010
- 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER: SHERIFF-CORONER
- 12. ADDRESS—STREET and NUMBER: 800 SOUTH REDLANDS AVE
- 13. CITY: PERRIS
- 14. STATE: CA
- 15. ZIP CODE: 92570

## STATE/LOCAL REGISTRAR USE ONLY

- 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR: ▶ STATE REGISTRAR - OFFICE OF VITAL RECORDS
- 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY: 08/31/2010

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*020201001579994*

FORM VS 24Ae (REV. 1/08)

2.1

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA  } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Department of Health.

DATE ISSUED: **Sep 29, 2010**



Eric Frykman, M.D., Local Registrar
RIVERSIDE COUNTY, CALIFORNIA



0 0 0 8 9 2 2 0 7

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.