UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE KRECHMAN, individually and as successor-in-interest to Robert Albert Appel; and SHELDON KRECHMAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF RIVERSIDE; DEPUTY R. GARCIA; DEPUTY M. ALFARO; DEPUTY S. DUSEK; DEPUTY E. CHACON , and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-08705<br><br>**[PROPOSED] ORDER EXTENDING EXPERT DISCOVERY DEADLINES** |

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the parties' Joint Stipulation Regarding Expert Discovery in Case No. 10-CV-08705 ODW (DTBx) is **GRANTED**. The schedule for discovery in this action shall be modified as follows:

1. The parties shall exchange expert designations no later than September 26, 2011.
2. The parties shall designate any rebuttal experts no later than October 17, 2011.
3. The parties shall complete all expert discovery by November 15, 2011.

IT IS SO ORDERED.

Dated: _____           _____
                                                          The Hon. Otis D. Wright II
                                                          UNITED STATES DISTRICT JUDGE

-1-   Case No. 10-CV-08705 ODW (DTBx)
[PROPOSED] ORDER EXTENDING EXPERT DISCOVERY