1    **Bruce E. Disenhouse (SBN 078760)**
     *bdisenhouse@krsattys-riv.com*
2    KINKLE, RODIGER AND SPRIGGS
     Professional Corporation
3    3333 Fourteenth Street
     Riverside, California 92501
4    T: (951) 683-2410
     F: (951) 683-7759
5

6    Attorneys for Defendants, COUNTY OF RIVERSIDE *on behalf of itself and as*
     *erroneously sued as The Riverside County Sheriff's Department;* DEPUTY
7    ROBERT GARCIA; DEPUTY MARTIN ALFARO; DEPUTY SEAN DUSEK; and
     DEPUTY EDWARD CHACON
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13    CAROLE KRECHMAN, Individually,     )   **CASE NO.: CV10-08705 ODW(DTBx)**
     and as the Personal Representative of   )
14    Robert Albert Appel, deceased; and     )   **FRCP RULE 26(a)(2) DISCLOSURE**
     SHELDON KRECHMAN, an Individual, )
15                                )   PTC: December 19, 2011
                                  )   Trial: January 3, 2012
16              Plaintiffs,          )

17    v.                                 )

18    COUNTY OF RIVERSIDE, a        )
     Municipality; RIVERSIDE COUNTY    )
19    SHERIFF'S DEPARTMENT; a public    )
     agency; DEPUTY R. GARCIA (ID#     )
20    4504); DEPUTY M. ALFARO (ID#      )
     3485); DEPUTY S. DUSEK (ID# 3495); )
21    DEPUTY E. CHACON (ID# 4505); and )
     DOES 1 through 10, inclusive,       )
22                                     )

23             Defendants.         )

24    _____ )

25        Pursuant to FRCP Rule 26(a)(2)(A) and (B) and the applicable Local Rules,

26    Defendants, COUNTY OF RIVERSIDE *on behalf of itself and as erroneously sued*

27    *as The Riverside County Sheriff's Department;* DEPUTY ROBERT GARCIA;

28    DEPUTY MARTIN ALFARO; DEPUTY SEAN DUSEK; and DEPUTY EDWARD

1  CHACON (hereinafter collectively referred to as "DEFENDANTS"), disclose the
2  following retained expert witnesses:

3      1.    Robert Fonzi

4      2.    Dr. Gary Vilke

5      True and correct copies of their written reports, their curriculum vitae, their
6  lists of cases, and their statements of compensation are attached hereto and
7  incorporated by reference herein.

8      Pursuant to FRCP Rule 26(a)(2)(C) and the applicable Local Rules,
9  DEFENDANTS disclose the following non-retained expert witnesses:

10     1.    Dr. M. Scott McCormick

11     2.    Deputy Coroner Rachel Baker

12     Each of these witnesses has been deposed herein and has expressed his/her
13  essential opinions each will give at trial concerning the circumstances surrounding
14  the death of Robert Appel from a medical perspective.  Both will testify concerning
15  their investigation into the death of the Decedent, Robert Appel, and the cause or
16  causes therefor.  Both are available for subsequent deposition should Plaintiffs so
17  desire.

18

19  DATED:  November 15, 2011            KINKLE, RODIGER AND SPRIGGS
20                                       Professional Corporation

21

22

23  
       BRUCE E. DISENHOUSE

24

25

26

27

28

**Robert Fonzi and Associates**
*Training and Consulting*
*rfonzi@cybertime.net*

**P.O. Box 1154 Yucaipa Ca. 92399**
**909-790-8650**

November 6, 2011

Kinkle, Rodiger, & Spriggs
3333 Fourteenth Street
Riverside, Ca. 92506

Attention: Bruce Disenhouse
Re: ***Krechman v. County of Riverside***
Regarding: ***Rule-26 Report***

Dear Mr. Disenhouse,

Pursuant to your request and the requirements of Federal Rule-26, attached please find my preliminary report and opinions.

## I.    Brief Summary of Qualifications:

Presently, I am an Assistant Sheriff with the San Bernardino County Sheriff's Department. As the Assistant Sheriff, I am responsible for all support operations within the organization. Administrative duties include; directing, planning, coordinating, and managing all functions within a major area of assigned responsibility for the Sheriff's Department.

Prior to my current position, I was a Sheriff's Deputy Chief with the San Bernardino County Sheriff's Department with responsibilities over the Detentions and Corrections Bureau. This bureau is responsible for providing oversight to four large jail facilities. The Detention and Corrections Bureau is the largest Bureau within the San Bernardino County Sheriff's Department.

Previously, I was the Bureau Chief over Administrative Services. This bureau provided oversight to three divisions, which included the Training Center, Emergency Operations, and Employee Resources.

Prior to my promotion to Deputy Chief, I was the commanding officer for the Sheriff's Employee Resources Division, which provides a broad range of services for the Sheriff's Department. Under my command this unit conducted background investigations, participated in state-wide recruiting, responsible for the department's payroll and benefits, coordinates hiring through County Human Resources, and provides services for department personnel through the Sheriff's Employee Assistance Team (SEAT).

My prior assignment, I was the commanding officer for the West Valley Detention Center. As the commanding officer, I was responsible for various issues involving personnel matters, discipline, policies, procedures, and applicable state and federal laws.

1

Prior to the above assignment, I served as the Chief of Police for the City of Yucaipa with responsibilities that included station operations, personnel, criminal investigations, use of force, training, and support staff. As the Chief of Police I served on a number of community projects, committees, and city events.

I am a twenty-nine year veteran with the San Bernardino County Sheriff's Department and the San Diego Police Department. I have several years of patrol experience in the Ontario, San Bernardino, and San Diego areas. My experience includes patrol operations, criminal investigations, internal affairs, civil liabilities, training, canine coordinator and corrections.

I am most recognized in the area of training with over nineteen years of experience and having trained approximately 10,000 law enforcement officers from all over the country. My expertise is extensive in the use of force and police procedures. I have testified as an expert in numerous civil and criminal trials in both state and federal court.

I have read the materials provided to me for review concerning the May 14, 2010 incident involving officers from the Riverside County Sheriff's Department and Mr. Appel. As a result of my careful review and study into the incident, I am now prepared to offer preliminary expert opinions concerning police procedure, reasonable suspicion, probable cause, use of force, use of restraint, and arrest.

## II.    Curriculum Vitae and Court Testimony:

I have attached my curriculum vitae, which outlines my training, knowledge, and experience. Additionally, I have attached a list of court testimony within the past 5 years.

## III.    Charts / Exhibits:

Pursuant to the Federal Rules of Civil Procedures I have attached charts/exhibits that I may use for testimony and/or trial proceedings.

## IV.    Compensation:

A copy of my fee schedule, which outlines my compensation for professional services, is attached.

## V.    Materials Reviewed:

As of this writing, I have reviewed the following reports and documents:

1. Police report
2. Administrative investigation
3. Administrative recorded interview – Alfaro
4. Administrative recorded interview – Chacon
5. Administrative recorded interview – Dusek
6. Administrative recorded interview – Garcia

      7. Criminal recorded interview – Alfaro
      8. Criminal recorded interview – Chacon
      9. Criminal recorded interview – Dusek
      10. Criminal recorded interview – Garcia
      11. Autopsy protocol
      12. CD w/ Alfaro phone recording, Peters and Bowen audio, photographs
      13. Training records
      14. Jail and booking records
      15. Deposition – Deputy Chacon
      16. Deposition – Investigator Dusek
      17. Deposition – Investigator Alfaro
      18. Deposition – Investigator Garcia
      19. Deposition – McCormick
      20. Deposition – Baker
      21. Deposition – Carole Krechman

**VI.**    **Opinions:** The foregoing opinions are based on my review of the above listed materials in addition to my training, knowledge, and experience. I am prepared to testify and/or explain my opinions involving the use of force incident. My opinions are expressed to a reasonable, or higher, degree of professional certainty or probability.

    **Right to amend:** I reserve the right to amend these opinions based upon additional testimony and/or discovery documents.

    1. Based on my review of the listed materials, it is my preliminary opinion that Investigator Garcia, Riverside County Sheriff's Department, had both reasonable suspicion and probable cause to stop and detain Appel pending further evaluation into his bizarre and unusual behavior.

    2. Based on my review of the listed materials, it is my preliminary opinion that Investigator Garcia tried to minimize the contact with Appel and the use of force by keeping his distance and to talking to him.

    3. Based on my review of the listed materials, it is my preliminary opinion that Investigator Garcia used reasonable force when he struck Appel several times in the facial area with his fist in an effort to stop Appel from biting his arm.

    4. Based on my review of the listed materials, it is my preliminary opinion that Investigator Garcia, Alfaro, Dusek, and Deputy Chacon used reasonable force when they tried to overcome Appel's resistance with physical control measures.

    5. Based on my review of the listed materials, it is my preliminary opinion that Investigator Garcia, Alfaro, Dusek, and Deputy Chacon used reasonable restraint measures (handcuffs, body weight / physical control) in an attempt to overcome Appel's resistance while trying to apply restraints.

6. Based on my review of the listed materials, it is my preliminary opinion that officers from the Riverside County Sheriff's Department followed appropriate state law, department policies, and training as it relates to reasonable suspicion, probable cause, detention, use of force, and restraints.

7. Based on my review of the listed materials, it is my preliminary opinion that there is nothing that supports a custom, policy, or practice that encourages or condones the use of excessive force by any member of the Riverside County Sheriff's Department.

8. Based on my review of the listed materials, it is my preliminary opinion that there is nothing that supports a propensity for violence and/or a lack of proper police procedures by Investigator Garcia, Alfaro, Dusek, and Deputy Chacon or any member of the Riverside County Sheriff's Department with respect to reasonable suspicion, probable cause, detention, use of force, and restraints.

## VII.    Basis for opinions:

**1. Reasonable suspicion, probable cause, and detention:** According to the documents and statements, on May 14, 2010 at approximately 2200 hours, Investigator (Inv.) Garcia was dispatched to a call at 440 Desert Holley Dr. in the city of Palm Desert regarding a 911 hang-up. Upon his arrival, Inv. Garcia was confronted by a subject who was later identified as Robert Appel. Inv. Garcia's first observations were that Appel was sweating profusely, had a blank stare on his face, yelling unintelligible words, and appeared to be speaking to imaginary people.

Based on his initial observations, Inv. Garcia formed the initial opinion that Appel was possibly under the influence of alcohol, drugs, or had a mental impairment. Inv. Garcia noticed that Appel was large in stature and due to his bizarre behavior he requested an additional unit to assist. Inv. Garcia tried to calm Appel down by giving him simple commands and instructed him to sit down. Appel initially appeared to comply; however, he took off running.

It was Inv. Garcia's belief that Appel posed a significant threat to himself and/or others based on his behavior. Additionally, it was within the requirements under Welfare and Institutions code 5150[1] that authorized a detention of Appel to further evaluate his wellbeing and his ability to care for himself.

---

[1] **WELFARE AND INSTITUTIONS CODE**

**SECTION 5150**: When any person, as a result of mental disorder, is a danger to others, or to himself or herself, or gravely disabled, a peace officer, member of the attending staff, as defined by regulation, of an evaluation facility designated by the county, designated members of a mobile crisis team provided by Section 5651.7, or other professional person designated by the county may, upon probable cause, take, or cause to be taken, the person into custody and place him or her in a facility designated by the county and approved by the State Department of Mental Health as a facility for 72-hour treatment and evaluation.

4

Based on my review of the incident, the following law enforcement principles would apply to reasonable suspicion, probable cause, and a police detention for the purpose of investigating unknown circumstances and/or a suspicious subject who is acting bizarre and potentially under the influence of alcohol, drugs or mentally impaired.

***Reasonable Suspicion*** is an investigative stop or detention. In order for it to be valid an officer must be able to articulate certain aspects of the stop. First, he must be able to identify the criminal activity and/or the suspicious circumstances. Secondly, the person to be detained is possibly connected to the criminal activity or suspicious circumstances. Finally, articulate those specific facts that exist under the totality of the circumstances.

***Detention*** is an act that empowers a police officer to stop a person and to investigate if, a crime is about to take place, is in progress, has taken place or there appears to be suspicious circumstances.

***Probable Cause*** exists when the totality of the circumstances causes an officer a strong suspicion that the person is guilty of a crime. The person/s involved has acted in an unusual or suspicious manner that is related to a criminal act/s and the person being detained is directly involved.

Based on my review of the incident, the following law enforcement principles would apply to probable cause for an arrest. Over the years, Case Law has clearly defined PROBABLE CAUSE as consisting of three (3) specific components:

- ♦ Unusual or suspicious activity
- ♦ Related to some criminal act or concern of welfare
- ♦ Directly involving the person(s) to be detained

In the case at hand, the presence of PROBABLE CAUSE is apparent for the following reasons:

- ♦ Appel was acting bizarre and fled on foot which caused concern to Inv. Garcia.
- ♦ Appel displayed a bizarre and agitated demeanor that was consistent with someone who was under the influence of alcohol and/or drugs.
- ♦ When confronted by Inv. Garcia, Appel ran away.
- ♦ Appel was talking to himself and made several references to imaginary people.
- ♦ Appel displayed potential violent and aggressive behavior.

***Based on my review of the mentioned materials and statements, it is my opinion that probable cause existed and it was reasonable to stop and detain Appel for evaluation and investigation into his bizarre and potentially violent behavior. Additionally, it was imperative to further investigate the unknown circumstances because of the concern for public safety.***

5

*Police officers are vested with an affirmative duty to investigate unknown circumstances in order to protect innocent bystanders and the public's interest. Therefore, the detention of Appel for the purpose of investigating the unknown circumstances and to further investigate the situation was reasonable and in conformance with both state law and training.*

**2. Use of force, restraint, and arrest:** According to the documents and statements, Inv. Garcia made the decision to detain Appel pursuant to Welfare and Institutions code 5150 and/or the possibility that he was under the influence. Appel's behavior gave rise to the concern that he was a danger to himself or potentially to others. Inv. Garcia advised Appel that he was going to handcuff him and initially Appel complied. During this time Deputy Chacon had arrived and was present to assist.

Inv. Garcia was able to apply one handcuff to Appel's left wrist. When Inv. Garcia tried to apply the second handcuff, Appel pulled away causing them to fall to the ground. A struggle followed as Appel physically resisted while kicking his feet. Deputy Chacon grabbed Appel's legs in an effort to control his resistance. Inv. Garcia tried to control Appel's upper body and during the struggle was bitten on his right arm by Appel. Inv. Garcia struck Appel three times in the facial area with his fist in order to stop Appel from biting him.

During the struggle with Appel, Inv. Alfaro and Dusek arrived to assist. Both Inv. Alfaro and Dusek used physical control measures to control Appel. Several comments were made during the interviews that Appel was extremely strong and his physical resistance was difficult for the deputies to overcome. With the assistance of Inv. Alfaro and Dusek, they were able to secure the handcuffs on Appel. Initially Appel was breathing, however, within seconds his condition deteriorated and medical aid was summoned.

Based on my review of the incident, the following law enforcement principles would apply to the use of reasonable force. Police officers are entitled to protect themselves against a reasonably perceived threat. Both California State law and P.O.S.T. training (Peace Officer's Standards and Training), authorizes the use of reasonable force for self protection and to overcome resistance. Because the incident was tense, uncertain, and rapidly evolving it was appropriate and reasonable to use physical control measures and fist strikes because of Appel's physical resistance and assaultive behavior.

There is a duty for a person to refrain from using force to resist detention, arrest or acts of a threatening manner. Whether an officer is detaining someone to investigate, issuing chemical tests, or performing required procedures, the person has an obligation to comply. A person has no right to resist a lawful detention, arrest, or the legal process that is required. If the suspect doesn't comply, he has violated Penal Code section 148 (obstructing or delaying an officer in the performance of his duties), and an officer may use reasonable force for self protection and to overcome resistance.

If a person has knowledge, or by the exercise of reasonable care, should have knowledge, that he is being detained, arrested or confronting a police officer, it is the duty of such person to refrain from using force to resist such or engage in acts of a threatening manner.

6

A police officer, who has reasonable cause to believe that the person to be detained or arrested has committed a public offense or poses a threat, may use reasonable force to effect the arrest, to prevent escape, or to overcome resistance. A police officer who makes or attempts to make an arrest need not retreat or desist from his efforts by reason of the resistance or threatened resistance of the person being arrested; nor shall such officer be deemed an aggressor or lose his right to self-defense by the use of reasonable force to effect the arrest, prevent escape, or to overcome resistance.

It is obvious from the documents and statements that Appel was non-compliant, aggressive, and appeared assaultive towards the deputies who were trying to help him, while ensuring the his safety and their safety.

***Based on my review of the mentioned materials and statements, it is my preliminary opinion that the force and restraint used by the deputies was reasonable given the circumstances of non-compliant and assaultive behavior.***

**3. Use of force Continuum and Analysis:** Factors to consider when making a determination of reasonable force include: imminent threat, resisting and/or refusing to comply, circumstances that are tense, uncertain, and rapidly evolving, and severity of the crime. It was reasonable to assume that Appel posed an imminent threat to the deputies because of his non-compliant and assaultive behavior.

According to documents and statements, it is clear that Appel posed a threat. On the contrary, there is no evidence that supports that any deputy engaged in excessive force. The incident by itself had a significant degree of uncertainty that was obviously tense and rapidly changing. The dynamics gave rise to reasonable concern for officer's safety.

***Based on my review of the mentioned materials and statements, it is my opinion that the escalation and de-escalation of force and the use of restraint devices was reasonable given the circumstances and threat assessment.***

**4. Law Enforcement Standard:** Based on my training, knowledge, and experience I am familiar with the standards followed by police officers nationally with respect to police procedures and the use of force. Although the wording of the standard may appear to vary somewhat, the standard applied to police officers allows an officer to use reasonable force for self protection, overcome resistance, prevent an escape, and to effect an arrest.

The following law enforcement principles apply to the police officers. Clearly, the case at hand represents a detention, use of force, and restraint involving Appel.

♦ An officer is vested with an affirmative duty to ensure public safety as well as officer safety when faced with unknown circumstances.

♦ An officer is vested with an affirmative duty to investigate circumstances that tend to support suspicious or criminal activity.

♦ An officer is vested with an affirmative duty to protect themselves against an attack and overcome a suspect's resistance.

7

Appel committed certain *PRECIPITATING ACTS* that either caused and/or contributed to the probability of a police response, detention, arrest, and the use of force.

The *PRECIPITATING ACTS* observed in the case at hand include:

♦ Engaging in actions/activities that appeared bizarre and dangerous

♦ Non-compliant behavior while refusing to comply with lawful orders

♦ Actions that show aggression and assaultive behavior

♦ Resisting police

***Based on my review into the incident, the police procedures, use of force and use of restraints by the deputies comport with the training, policies, and practices commonly recognized by the law enforcement community. In fact, such circumstances, if repeated, would predictably cause trained law enforcement personnel to respond and act in the same manner regardless of jurisdiction or agency.***

## VIII. Conclusion:

The forgoing opinions are based upon my review of the materials and information received to date concerning the incident that gave rise to this litigation. I understand that there may be depositions not yet conducted in the case and/or additional discovery may be produced by any party. Thus, to that extent, this report should be considered a preliminary report. Should I receive additional information that materially affects any of these opinions; I will submit a supplemental report and/or be prepared to discuss them during future proceedings, as appropriate. I will expect to receive in a timely manner any additional materials or information that might affect my opinions in this matter.

This report is signed on this ¯6¯ day of November, 2011, in City of Yucaipa, State of California.

**Robert J. Fonzi**

8

# Robert Fonzi and Associates

*Training and Consulting*
*rfonzi@cybertime.net*
P.O. Box 1154 Yucaipa, Ca. 92399
909-790-8650

Curriculum Vitae

# *ROBERT J. FONZI*

**BIOGRAPHY**        (brief summary)

Thirty year veteran with the San Bernardino County Sheriff's Department and the San Diego Police Department. I have several years of patrol experience in the Ontario, San Bernardino, and San Diego areas. My experience includes patrol and jail operations, criminal investigations, internal affairs, civil liabilities, training and jail management.

I am most recognized in the area of training with over twenty years of experience and having trained approximately 10, 000 law enforcement officers from all over the country. My expertise is extensive in the use of force, police procedures, jail operations and management. I have qualified and testified as an expert in over one hundred civil, criminal, and civil service trials in both State and Federal court. I have provided testimony in over hundred depositions in the above related matters.

I draw upon my training, knowledge, and experience and I'm recognized as the Department's primary Use of Force Instructor and expert. My formal education includes an Associate in Arts degree in Criminal of Justice and completion of a Bachelor's Degree program in Vocational Education, Training, and Curriculum Design. Bachelor's Degree is pending and in progress with an estimated completion of 6 months, 2011.

My experience includes being assigned to the San Bernardino County Sheriff's Training Division for approximately 5 1/2 years while being directly responsible for all use of force training, advanced officer training, in-service, correctional officer training, and FTO (field training officer) programs. I have also served as the training coordinator and supervisor for the Sheriff's K-9 program.

## SPECIALIZED TRAINING

...certified instructor - firearms
...certified instructor - defensive tactics and weaponless defense
...certified instructor - impact weapons
...certified instructor - shooting survival techniques
...certified instructor - crowd control and tactical formations
...certified instructor - chemical agents
...certified instructor - electronic control devices (ECD)
...certified instructor - lateral vascular neck restraint
...certified instructor - law enforcement incident command system

## PRESENT

Assistant Sheriff, San Bernardino County Sheriff's Department

30 years of Law Enforcement experience

25 years of community college teaching experience

California Community College Teaching Credential

## FORMAL EDUCATION

F.B.I. National Academy Class #215, December 5, 2003 Quantico, Va.

Command College Class #34, November 2003
California Commission on Peace Officers Standards & Training

Bachelors Degree Equivalent (completed BA degree program, degree pending) Southern
Illinois University, Carbondale, Illinois. "Vocational Education, Training, Development,
and Curriculum Design". Anticipated completion 2011

Associate Arts Degree (1986), Crafton Hills Community College, Yucaipa California.
"Administration of Justice".

## CALIFORNIA PEACE OFFICER STANDARDS AND TRAINING

| | | |
|---|---|---|
| Deputy Sheriff | 1982 Basic Certificate |
| Senior Deputy | 1987 Intermediate Certificate |
| Sergeant | 1990 Advanced Certificate |
| Sergeant | 1992 Supervisory Certificate |
| Lieutenant | 1999 Management Certificate |

## ASSIGNMENTS, RESPONSIBILITIES, AND EXPERIENCE

### Support Operations – Assistant Sheriff

As the Assistant Sheriff, this position is characterized by the administrative command
responsibility for Support Operations. This positions acts on behalf of the Sheriff in his
absence. Administrative duties include; directing, planning, coordinating, and managing
all functions within a major area of assigned responsibility for the Sheriff's Department.

Additional responsibilities include; directing and supervising subordinate personnel responsible for the management of four major correctional facilities within San Bernardino County. Coordinating and commanding subordinate personnel in the management of administrative support services and the Frank Bland Regional Training Center. Directing and supervising subordinate personnel responsible for staff development, budget and fiscal matters, and personnel and payroll.

Additionally, interpreting and implications of proposed legislative/regulatory changes regarding correctional facilities. Attending and participating in statewide committees involving correctional facilities. Developing and directing implementation of policy and procedure changes resulting from changes in legislation, procedures, or departmental philosophy; assists the Undersheriff in general areas of administration and policy formulation. Representing the Sheriff's Department in contacts with other governmental agencies and concerned community groups and participating in law enforcement related organizations.

## Detentions and Corrections Bureau - Sheriff's Deputy Chief

The Detentions and Corrections Bureau is responsible for providing oversight to four large jail facilities. The Detention and Corrections Bureau is the largest within the San Bernardino County Sheriff Department. The Bureau is comprised of more than 1,100 dedicated and professional staff that includes both safety and civilian employees. It currently operates four Type II jail facilities, booking nearly 100,000 violators a year. In addition, the Department has Five Type I jails capable of holding 288 arrestees, four court holding facilities and four lock-up facilities.

The Bureau provides services to over 6,000 felony and misdemeanant inmates daily who are incarcerated. These services include food, hygiene, recreation, medical, dental, mental health, religious and other support services. The magnitude of these services provided is on a major scale. For example, the Food Services Division produces and serves over 7,350,000 meals each year. Medical Services provide health care in excess of 6,400 inmates monthly.

The Transportation unit transports over 500 inmates daily throughout the County and travels an average of 1,000,000 miles per year, transporting nearly 300,000 inmates throughout San Bernardino County and the state of California. Additionally, through the United States Marshal, approximately 13,000 Federal inmates are transported to various prisons and court facilities throughout the state.

## Administrative Services Bureau – Sheriff's Deputy Chief

The Administrative Services Bureau is responsible for providing oversight to three divisions; Training, Emergency Operations, and Employee Resources. The Training Center (which includes the Basic Academy, Advanced Officer, EVOC and Range/Use of Force Units) provides both basic and continuing professional education to law enforcement officers from agencies throughout the County of San Bernardino and Southern California.

The Emergency Operations Division provides operational, logistical, and management support services to field operations during large-scale emergencies. These support services are provided by two units within Emergency Operations; Aviation and Volunteer Forces. The Aviation Unit provides patrol, rescue, and fire operation capabilities. Volunteer Forces provides search and rescue, evacuation, disaster planning, emergency management and Department Operations Center coordination. Volunteer Forces also coordinates all law mutual aid resources in Mutual Aid Region VI on behalf of the Sheriff.

The Employee Resources Division oversees the recruitment and hiring of all safety and general employees within the Department, performs payroll functions, and oversees the issuance of concealed weapons permits.

**Employee Resources Division – Sheriff's Captain**

The Employee Resources unit provides a broad range of services for the Sheriff's Department. Under my command, the personnel of this unit conduct background investigations, participate in state-wide recruiting, are responsible for the department's payroll and benefits, coordinate hiring through County Human Resources and provide services for department personnel through the Sheriff's Employee Assistance Team (SEAT).

In addition to employment background investigations, several business applicants must also go through a background process. Additionally, county residents who want to carry a concealed weapon (CCW) must also apply through Employee Resources and pass a background investigation.

**West Valley Detention Center – Sheriff's Captain**

My experience includes being assigned to the West Valley Detention Center as part of the command staff. Direct responsibilities include facility operations and training for the correctional facility. Additional responsibilities include supervision of all correctional staff, personnel matters, grievances, citizen complaints, administrative investigation, use of force, and training issues.

**Yucaipa Sheriff / Police – Sheriff's Captain**

My experience includes commanding the Yucaipa Sheriff / Police Station. This dual operation is responsible for law enforcement in the unincorporated areas of Mentone, Forest Falls, Angelus Oaks, and Barton Flats. Additionally, this station serves as the law enforcement agency for the City of Yucaipa. I am the Chief of Police for the City of Yucaipa with responsibilities that include operations, personnel, investigations, use of force, training, and support staff. As the Chief of Police I serve on a number of community projects and committees.

### Highland Police Station – Sheriff's Sergeant

My experience includes being assigned to the Highland Police Station as a watch commander for uniform patrol personnel. The responsibility included supervision of all patrol functions, personnel matters, use of force investigations, traffic, training, and administrative duties.

### Advanced Officer / Correctional & Field Training Officer Unit – Sheriff's Sergeant

While assigned to the training division, I was responsible for advance, correctional, and field training officer programs. The advance officer training unit provided continuing professional training courses to both safety and reserve employees of the Sheriff's Department, State and Federal Law Enforcement agencies, and California Department of Corrections. The Correctional Training Unit and Field Training Officer programs ensured the standards and training for both were met and in compliance with the State of California. Correctional training required compliance with a state mandate of 24 hours annually. The field training officer program required supervision and management during the 16 week training program.

### Firearms Training Center / Use of Force Training Unit – Sheriff's Sergeant

While assigned to the training division for approximately 5 1/2 years, I developed and supervised the Use of Force Training Unit. The unit was responsible for all use of force training, which included; firearms, defensive tactics, weaponless defense, police baton, chemical agents, electronic devices, and police canine. During this assignment my direct responsibilities included the training and qualification of department personnel in areas concerning the use of force. The training and qualification required proficiency and competency in the taxonomy of educational objectives relating to training issues involving the use of force.

I was also responsible for the supervision, coordination, management, and curriculum design of all firearms, defensive tactics, weaponless defense, police baton, and canine training for the San Bernardino Sheriff's Department. The training facilitated approximately 2000 officers and included basic academy, advance officers, reserve officers, in-service personnel, military, and civilians. The assignment required the direct supervision of eight full time instructors and staff support that carried out the responsibilities of the Firearms Training Center / Use of Force Training Unit.

### Canine Coordinator – Sheriff's Sergeant

My experience includes being assigned as the Department's canine coordinator for approximately 5 years. I was responsible for the supervision and management of all canine training and budget issues. The supervision required quarterly evaluation and recertification of approximately ten K-9 Handlers and police canines.

### Tactical Analysis Training Committee – Sheriff's Sergeant

My experience includes being assigned as a committee member to the Tactical Analysis Training Committee that reviews and evaluates critical incidents involving the use of force. The committee evaluates an officer's actions and reactions against known standards in an effort to improve training offered by the San Bernardino Sheriff's Department.

### San Bernardino Valley College - Program Coordinator – Sheriff's Sergeant

My experience includes being the program coordinator for the Extended Basic Law Enforcement Academy at San Bernardino Valley College. The position required direct supervision and coordination of training and student learning during the ten month program. Additionally, I was responsible for teaching all use of force training within the program. The training included firearms, defensive tactics, weaponless defense, police baton, chemical agents, crowd control/tactical formations, and legal issues concerning the use of force.

### Riverside Community College / Ben Clark Training Center

My experience includes staff instructor for RCC at the Ben Clark Training Center with assignments teaching firearms, defensive tactics, police baton, use of force, and other related patrol procedures.

## TEACHING CREDENTIALS & INSTRUCTOR CERTIFICATES

Community College Teaching Credential - State of California

Black Belt - International Association of Kung Fu San Soo Self Defense.

Certified Instructor - F.B.I. Defensive Tactics and Weaponless Defense.

Certified Instructor - F.B.I. Police Baton.

Certified Instructor - Impact Weapons.

Certified Instructor - Verbal Judo/Tactical Communication.

Certified Instructor - F.B.I. Firearms Training.

Certified Instructor - Survival Shooting Techniques.

Certified Instructor - Crowd Control Tactics and Field Formations.

Certified Instructor - Lateral Vascular Neck Restraint.

Certified Instructor - Oleoresin Capsicum

Certified Instructor - Realistic Assault Confrontations

Certified Instructor - Chemical Agents

Certified Instructor - Electronic Device / Taser

Certified Instructor - ASP / Expandable Baton

Certified Master Instructor to certify instructors in Defensive Tactics and Weaponless Defense, Police Baton and PR-24.

Certified Instructor - Controlled Force

## LAW ENFORCEMENT ASSIGNMENTS & EXPERIENCE

**Assistant Sheriff -** Support Operations
January 2011 – Present

The County of San Bernardino is the largest county in the United States that covers approximately 20,000 square miles with a population exceeding 2,000,000 citizens. The Sheriff's Department has 41 stations and divisions, which includes 9 county and 14 contract city patrol operations. The Sheriff's department has approximately 3500 employees and annual budget exceeding 450 million dollars.

Administrative duties include; directing, planning, coordinating, budgeting, and managing all functions within a major area of assigned responsibility for the Sheriff's Department.
- Directing subordinate personnel over four major correctional facilities
- Directing subordinate personnel over administrative services
- Directing subordinate personnel over Sheriff's Regional Training Center
- Directing subordinate personnel over Public and Community Affairs
- Directing subordinate personnel over Legislative Liaison with State and Local elected officials
- Directing subordinate personnel over all court security within the county
- Directing subordinate personnel over Coroner and Public Administrator operations
- Directing subordinate personnel over Sheriff's Communication Centers / Dispatch
- Directing subordinate personnel over Crime Lab and Cal ID

**Deputy Chief -** Detentions and Corrections Bureau
January 2010 – January 2011

As the Bureau Chief, I was responsible for subordinate personnel over all correctional facilities within the County of San Bernardino, which includes four large jail facilities.

**Deputy Chief -** Administrative Services Bureau
January 2009 – January 2010

As the Bureau Chief, I was responsible for subordinate personnel over three major divisions, which included Training, Aviation, Emergency Operations, Volunteer Forces, and Employee Resources.

15

**Captain** - Employee Resources Division
April 2006 – January 2009

As commanding officer, I was responsible for all employment/labor issues, grievances, backgrounds, hiring, and payroll.

**Captain -** West Valley Detention Center
December 2003 – April 2006

As the commanding officer, I was responsible for the largest correctional facility in San Bernardino County with approximately 640 employees.

**Captain –** Chief of Police, City of Yucaipa
May 2000 – April 2006

The City of Yucaipa contracted police services with the Sheriff's Department; therefore, I served as the Chief of Police. As the commanding officer, I was responsible for all law enforcement for the unincorporated areas in the county and the City of Yucaipa.

**Lieutenant -** Yucaipa Sheriff and Police Station in the City of Yucaipa
March 1997 – May 2000

I served as the second in command responsible for all law enforcement for the City of Yucaipa. Additional responsibilities include administrative investigations, use of force, personnel matters, and citizen complaints.

**Lieutenant -** West Valley Detention Center
March 1996 – March 1997

I was responsible for jail operations, management, training, administrative investigations, use of force, personnel matters, and grievances.

**Sergeant** – City of Highland Police
October 1995 – March 1996

I served as a watch commander and patrol supervisor for patrol operations.

**Sergeant –** Academy / Training Division
October 1990 – October 1990

I supervised the following programs; basic academy, firearms training center, advanced officer training, Sheriff's canine, correctional training officers and field training officers.

**Sergeant -** Foothill Detention Center, Rancho Cucamonga
July1990 – October 1990

I served as a watch commander supervising jail personnel

16

**Corporal / Detective** – Yucaipa Sheriff's Station
July1988 – July 1990

I served as a field training officer, patrol supervisor, and detective performing criminal investigation.

**Deputy Sheriff** - Professional Standards Division
July1987 – July 1988

Civil Liabilities and Internal Affairs

**Deputy Sheriff** – Sheriff's Central Station, San Bernardino
October 1981 – July 1987

Performed a full range of law enforcement duties including, corrections, county and statewide prisoner transport, patrol, criminal investigations, preparation of reports, court testimony, suspect and victim interviews.

**Police Officer** San Diego Police Department, Western Division
October 1982 – April 1983
Performed a full range of law enforcement duties including, patrol, criminal investigations, preparation of reports, court testimony, suspect and victim interviews.

**Sheriff's Academy**
July1981 – October 1981

Entered the San Bernardino County Sheriff's Department Basic Law Enforcement Academy, Class #66, and was elected class sergeant.


## PROFESSIONAL ORGANIZATION AFFILIATIONS

| | |
|---|---|
| N.A.C.P. | National Association of Chiefs of Police |
| I.A.C.P | International Associates of Chiefs of Police |
| C.S.S.A. | California State Sheriff's Association |
| F.B.I.N.A. | FBI National Academy Associates |
| A.C.A. | American Correctional Association |
| A.J.A | American Jails Association |
| S.E.B.A. | San Bernardino Safety Employee's Benefit Association |
| A.S.L.E.T. | American Society of Law Enforcement Trainers<br>Appointed as "Regional Director of Western States" |

17

| F.A.T.S. | Firearms Training System<br>Appointed to National Training Advisory Board |
| --- | --- |
| P.O.R.A.C. | Police Officer's Research Association of California |
| C.P.O.A. | California Police Officer's Association |
| I.A.L.E.F.I. | International Assoc. Law Enforcement Firearms Instructor |
| Kiwanis | Yucaipa / Calimesa Club |
| Footprinters | Chapter #67, past president |

## CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING AND CORRECTIONS STANDARD AUTHORITY COMMITTEE APPOINTMENTS:

2011 - C.S.A.
Adult Titles 24 and 15 Regulations Revision Administrative Workgroup
Sacramento

1998 - Continuing Professional Training Steering Committee (CPT)
P.O.S.T. Training
Sacramento

1997 - Subject matter expert (QNA)
Controlling Violent Subjects Tele-course
San Diego

1997 - Subject matter expert
Vehicle Pullover techniques
San Diego

1995 - Subject matter expert
Officer Safety & Field Tactics
San Luis Obispo

1994 - Subject matter expert
Illegal Possession of Firearms Tele-course
San Diego

1994 - Subject matter expert
Chemical Agents - Training Requirements
San Diego

1993 - Subject matter expert
Chemical Agents - Oleoresin Capsicum
Ontario

18

1993 - Subject matter expert
Use of Force Training issues
Costa Mesa

1992 - Subject matter expert
Defensive Tactics and Weaponless Defense training issues
San Diego

1992 - Subject matter expert
Uniform Canine training and evaluation standards

1992 - Subject matter expert
Uniform Canine training and evaluation standards
City of Orange

## CONTINUED PROFESSIONAL LAW ENFORCEMENT TRAINING

1981   Jail Operations

1981   Traffic Accident Investigations

1983   Correctional Officers Update

1983   Institutional Staff Series I

1984   Correctional Officers Update

1984   H & S 11550 (Under the Influence)

1984   Gang Investigations

1986   Officer Safety/Field Tactics

1986   Correctional Officers Update

1986   IR 3000 Breath Alcohol Analysis

1986   Drug Influence - 11550 H & S

1986   Patrol Officer - Vehicle Stops

1986   Patrol Officer - Auto Theft

1986   Patrol Officer - Search Warrants

1986   Patrol Officer - Crimes Against Property

1986   Patrol Officer - Interview and Interrogation

19

1986   Patrol Officer - Collection of Evidence

1987   Controlled Substance Influence

1987   11550 - Under the Influence

1988   Patrol Officer - Civil Liabilities

1988   Realistic Assailant Control

1988   Police Civil Liability

1988   Patrol Officer - Domestic Violence

1988   Legal Update Regarding Discovery, Personnel and Liability

1988   Principles of Shooting - Semi-Auto Transition

1989   Legislative Update

1989   Criminal Investigator's Course

1990   Driver Awareness Instructor

1990   Developmentally Disabled and Mentally Ill

1990   Peer Support Counseling Training

1990   Missing Persons

1991   Use of Force Issues

1991   Street Survival - The Tactical Edge

1991   Street Survival - The Win Seminar

1991   Exotic Weapons

1991   Police Supervision

1991   Lethal Force Management for Police

1992   Fifth ASLET International Training Seminar

1992   Supervisor's Training - Mobile Field Force

1992   Realistic Assault Confrontation

1993   CopClass "93" Use of Force & Liability

1993   Simunitions Instructor Development Course

1993  C.P.O.A. - Use of force Update

1994  C.P.O.A. - Use of Force - The Rodney King Incident

1994  C.P.O.A. - Officer Involved Shootings

1994  Assertive Supervision

1994  Lateral Vascular Neck Restraint System - update

1995  Eighth ASLET International Training Seminar, Anchorage, Alaska

1995  ASP baton instructor's course

1996  Use of Force Update - First Trimester

1996  Ninth ASLET International Training Seminar, Grapevine, Texas

1996  Use of Force Update - Second Trimester

1996  Search Manager's Course

1996  Use of Force Update - Third Trimester

1996  P.O.S.T. Manager's Course

1997  Use of Force Update - First Trimester

1997  STC Correctional Facility Pre-inspection Training.

1997  Use of Force Update - Second Trimester

1997  ASLET Use-of-Force Seminar

1997  Sexual Harassment / Gender Bias

1997  Use of Force Update - Third Trimester

1997  L.E.I.C.S. Train the Trainer

1998  Use of Force Update - Jan

1998  Use of Force Update - April

1998  CPT Steering Committee Training

1998  Use of Force Update - July

1998  Firearms / Deadly Force / Use of Force Symposium

1998  Use of Force Update - Oct

21

1999   Cycle of Violence

1999   Civil Rights - Color of Law FBI

1999   Use of Force - February

1999   Controlled Force

1999   Advanced Police Management

1999   The Challenges of Ethical Leadership

1999   Use of Force Update - June

1999   Use of Force Update - August

2000   Use of Force Update - February

2000   Supervisor Development Course

2000   Use of Force Update - June

2000   Use of Force Update - October

2001   Role of the Police Chief

2001   Use of Force Update - February

2001   Executive Leadership Symposium

2001   Executive Law Enforcement Ethics Symposium

2001   Executive Development Training

2001   Management and Investigations of Hostile Work Environment

2001   Use of Force Update - June

2001   Leadership Development Training

2001   Responses to School Violence

2001   Leadership Development - Target Excellence

2001   Use of Force Update - October

2002   Executive Leadership Symposium

2002   Use of Force Update - February

2002   Faith & Justice Summit

22

2002  Use of Force Update - June

2002  Use of force Update - October

2003  Use of Force Update - February

2003  Racial Profiling - March

2003  Use of Force Update - September

2004  Use of Force Update - February

2004  Use of Force Update - June

2004  Use of Force Update - June

2004  C.S.S.A - Correctional Facilities Administrator Seminar

2005  Use of force Update - February

2005  Employment Law

2005  Use of Force Update - June

2005  Southern California Jail Managers Association Training (Orn Co.)

2005  Use of Force Update - October

2005  C.S.S.A. Correctional Facilities Administrator Seminar

2006  Use of Force Update – February

2006  Use of Force Update – May

2006  Use of Force Update – September

2007  Use of Force Update – February

2007  Traumas in Law Enforcement – C.O.P.S.

2007  AELE Lethal and Less Lethal Force

2007  Employment & Labor Law Conference

2007  ICS 300 /400 Training Course

2007  Terrorism Early Warning Group Conference

2008  Use of force Update – February

2008  Use of force Update - May

23

2008   Use of force Update - September

2008   Use of force Update – January

2009   Use of force Update – May

2010   A.J.A. National Conference – Portland Oregon

2010   First Aid and CPR update – August

2010   Succession Planning

2011   Use of force update - January

2011   Corrections legal updated with Carrie Hill, Esq

2011   Taser use of force update seminar

2011   Taser (ECD X-26/X2) instructor certification


**ACCOMPLISHMENTS**   (brief summary)

While assigned to the Training Division, I took the initiative to research and review an alternate chemical agent for department use. The research included the review of various products and delivery systems. I wrote the proposal and made numerous presentations for the approval and authorization to implement pepper spray for the San Bernardino County Sheriff's Department. The proposal included cost analysis for purchasing and training approximately 2000 department personnel. The training program has proven to be one of the most effective in the state of California.

I have demonstrated my management skills in the supervision of the Department's Use of Force Training program. The program required a working knowledge of the materials along with staff assignments of personnel to appropriate positions. The scheduling included approximately 2000 sworn personnel and off site training to various locations within the county. The County of San Bernardino is approximately 22,000 square miles. The scheduling and logistics experienced many problems and conflicts. I was able to resolve many of the problems and issues with appropriate solutions.

I have confronted personnel matters that have resulted in written reprimands and work performance contracts. Additionally, I have developed and administered work performance contracts to individuals who failed to meet the primary proficiency requirements and essential job functions for a deputy sheriff.

I have received numerous requests to lecture on various topics which include: use of force training, chemical agents, and crowd control. Additionally, I have given several proposals to the Office of the Sheriff and the Executive Staff of the San Bernardino County Sheriff's Department. The proposals include Use of Force Training Program, Hobble Restraint, ASP Baton, Cap-Stun, and Canine Operations Manual.

I have demonstrated the ability to provide expert witness testimony in numerous civil litigations involving the San Bernardino County Sheriff's Department and Law Enforcement agencies throughout the State of California. My testimony has earned expert recognition in both state and federal court relating specifically to police procedures and the use of force.

I have participated on several P.O.S.T. committees due to my experience, training, and ability to interact with various agencies on a number of issues.

**Rev: 10 /11**

25

# Robert Fonzi and Associates

### *Training and Consulting*
### *rfonzi@cybertime.net*

P.O. Box 1154 Yucaipa, Ca. 92399
909-790-8650

## Fee Schedule Agreement

**Case Review, Consultation, & Retainer**          **$3500.00**

This fee is charged upon initiating a case file with the agreement/retainer for consulting. It includes the preliminary case assessment, research materials, fixed office expenses and operating costs. This fee is applied to all activities and professional services performed, i.e., case review, analysis, research, trial preparation, production of exhibits, site visits, and court testimony. (NON-REFUNDABLE)

**Case Review and Preparation**          **$175.00**

This fee is the hourly rate applied to all professional services associated with case review, analysis, research, trial preparation, production of exhibits, site visits, and is applied to the retainer fee as worked is performed.

**Deposition Fee / Court Testimony**          **$1600.00 (four hours)**

This basic fee applies to all hearings and/or court appearances and is in compliance with the Federal and State rules governing "expert witnesses". There is a four hour minimum with each hour following to be billed at a rate of four hundred ($400) dollars an hour and any part of an hour will be billed as a whole.

**Travel or Standby time:**          **Half Day**          **$600.00**
                                    **Full Day**          **$1200.00**

Local cost (southern California). Out of state or extended travel will be billed based on time and travel arrangements.

**Directed Travel**                    **Actual Cost**

All travel related expenses, including transportation, insurance, lodging and meals, will be billed at actual cost. Automotive expenses including rental, fuel, parking and cleaning will be billed at cost.

**Statement of Account**                    **Interest**

Itemized billings (Statement of Professional Services) will be prepared and submitted on a periodic basis consistent with the activities of the account. Payment is due upon receipt of the billing (within 30 days). Late charges may be assessed on overdue accounts at the rate of 1.5% interest per month on the unpaid balance.

**Rev: 01/11**

# Expert Testimony

| Case: | Court: |
|---|---|
| 1. State of California vs. Fermanian | State Superior Court - Ranch Cucamonga |
| 2. Adams vs. County of Los Angeles | U.S. District Court - Los Angeles |
| 3. McCarron vs. County of San Bernardino | Civil Service Commission - San Bernardino |
| 4. Otis vs. City of Pomona | State Superior Court - Pomona |
| 5. Falcon vs. Wonder Toys | State Superior Court - Rancho Cucamonga |
| 6. York vs. County of Los Angeles | Binding Arbitration - Los Angeles |
| 7. Phillips vs. State of California | U. S. District Court - San Diego |
| 8. Jordan vs. County of San Bernardino | U.S. District Court - Santa Ana |
| 9. Thomas vs. County of Los Angeles | U.S. District Court - Los Angeles |
| 10. Birkhahn vs. State of California | State Superior Court – Pomona |
| 11. Fassari vs. County of San Bernardino | Civil Service Commission - San Bernardino |
| 12. Sladwick vs. City of Rialto | State Superior Court - Riverside |
| 13. Bondik vs. County of Orange | U.S. District Court - Los Angeles |
| 14. State of California vs. Patrica Sharpe | State Superior Court – Ventura |
| 15. State of California vs. Pena | State Superior Court – Riverside |
| 16. Buggs vs. County of San Bernardino | State Municipal Court - San Bernardino |
| 17. Sharpe vs. County of Ventura | Binding Arbitration Hearing |
| 18. Remmers vs. County of Los Angeles | State Superior Court – Compton |
| 19. Simon vs. City of Cathedral City | State Superior Court - Palm Springs |
| 20. Gunnarson vs. City of Downey | State Superior Court – Norwalk |

27

## Expert Testimony

| Case: | Court: |
|---|---|
| 21. Brattain vs. County of San Bernardino | U.S. District Court - Los Angeles |
| 22. Hoelzer vs. City of Torrance | State Superior Court - Norwalk |
| 23. Kennard vs. City of Torrance | State Superior Court – Torrance |
| 24. Brumbaugh vs. City of Torrance | Civil Service Commission |
| 25. Chacon vs. City of Torrance | State Superior Court - Torrance |
| 26. Williams vs. City of Inglwood | Binding Arbitration Hearing |
| 27. Aveta vs. County of Los Angeles | State Superior Court - Los Angeles |
| 28. McCall-Fisher vs. County of Los Angeles | State Superior Court – Compton |
| 29. Palascios vs. National City | U.S. District Court - San Diego |
| 30. Best vs. County of San Bernardino | State Superior Court – Victorville |
| 31. Johnson vs. County of Inyo | State Superior Court – Independence |
| 32. Janals' vs. State of California | Administrative Hearing – ABC |
| 33. People of the State vs. Banks | State Municipal Court - San Bernardino |
| 34. Conklin vs. County of San Bernardino | State Superior Court - Rancho Cucamonga |
| 35. McFadden vs. County of San Bernardino | State Superior Court - Rancho Cucamonga |
| 36. Robinett vs. National City | U.S. District Court - San Diego |
| 37. Saucedo vs. City of Huntington Park | U.S. District Court - Los Angeles |
| 38. Benge vs. City of Pasadena | U.S. District Court - Los Angeles |
| 39. Speaker vs. County of San Bernardino | U.S. District Court – Riverside |
| 40. Gonzales vs. City of Azusa | State Superior Court – Pomona |

## Expert Testimony

**Case:**                                          **Court:**

41. Stewart vs. County of San Bernardino          State Superior Court - Rancho Cucamonga

42. Benge vs. City of Pasadena                     U.S. District Court - Los Angeles

43. Jabro vs. San Diego Unified Port District      State Superior Court - San Diego

44. Lee vs. National City                          U.S. District Court - San Diego

45. Miles vs. City of San Bernardino               U.S. District Court - Los Angeles

46. McMorris vs. City of Pasadena                  State Superior Court – Pasadena

47. Sarkisyan vs. City of Glendale                 U.S. District Court - Los Angeles

48. Arbuckle vs. City of Inglewood                 State Superior Court – Torrance

49. Ayala vs. City of Santa Ana                    U.S. District Court - Santa Ana

50. Hamilton vs. City of San Bernardino            U.S. District Court – Riverside

51. Thompson vs. University of California          U.S. District Court - San Diego

52. Viehmeyer vs. City of Santa Ana                U.S. District Court - Santa Ana

53. Gillan vs. City of San Marino                  State Superior Court - Los Angeles

54. Mendez vs. County of San Bernardino            U.S. District Court - Los Angeles

55. Goodwin vs. City of San Bernardino             U.S. District Court – Riverside

56. McCollister vs. City of Portland Oregon        Civil Service Hearing

57. Carter vs. People of the State of Ca           State Superior Court – Fontana

58. Dunseth vs. City of Santa Ana                  State Superior Court – Santa Ana

59. Miller vs. County of Riverside                 State Superior Court – Riverside

60. Lu vs. City of Baldwin Park                    Civil Service Hearing

## Expert Testimony

| Case: | Court: |
|---|---|
| 61. Lawrence vs. County of San Bernardino | U.S. District Court - Los Angeles |
| 62. Chester vs. City of Beaumont | Employment Hearing |
| 63. Shotland vs. City of Torrance | U.S. District Court - Los Angeles |
| 64. Chester vs. State of California | State Superior Court - Riverside |
| 65. Tofoya vs. City of Glendale | State Superior Court - Burbank |
| 66. Chester vs. State of California | State Superior Court – Corona |
| 67. Greathouse vs. City of Pasadena | State Superior Court – Los Angeles |
| 68. Sapien vs. County of Los Angeles | U.S. District Court – Los Angeles |
| 70. Vian vs. City of Hawthorne | Civil Service Commission |
| 71. Sahakein vs. City of Glendale | Deposition |
| 72. Shekerdamien vs. City of Glendale | Deposition |
| 73. Kaer vs. City of Portland Oregon | Civil Service Hearing |
| 74. Alvarez vs. County of San Bernardino | Deposition |
| 75. Alvarez vs. County of San Bernardino | U.S. District Court – Santa Ana |
| 76. Sahakein vs. City of Glendale | U.S. District Court – Los Angeles |
| 77. Frisbie vs. City of National City | Arbitration Hearing |
| 78. Shekerdemian vs. City of Glendale | State Superior Court - Burbank |
| 79. Hindman vs. City of Pasadena | Deposition |
| 80. Hindman vs. City of Pasadena | State Superior Court – Los Angeles |

# Expert Testimony

| Case: | Court: |
| --- | --- |
| 81. Engman vs. People of the State | State Superior Court – Rancho Cucamonga |
| 82. Flores vs. National City | U.S. District Court – San Diego |
| 83. Mitchell vs. County of Riverside | Deposition |
| 84. Nasella vs. City of Glendale | U.S. District Court – Los Angeles |
| 85. Mitchell vs. County of Riverside | U.S. District Court – Riverside |
| 86. Plowden vs. City of Torrance | U.S. District Court – Los Angeles |
| 87. Momeni vs. County of Orange | Deposition |
| 88. Mayshack vs. County of Los Angeles | Deposition |
| 89. Momeni vs. County of Orange | State Superior Court – Santa Ana |
| 90. Monroe vs. People of the State of Ca. | State Superior Court – San Bernardino |
| 91. Mayshack vs. County of Los Angeles | U.S. District Court – Los Angeles |
| 92. Lewis vs. County of Riverside | State Superior Court – Riverside |
| 93. Hindman vs. City of Pasadena | State Superior Court – Los Angeles |
| 94. Hartwell vs. San Diego Retirement Board | Administrative Hearing |
| 95. Trunk vs. County of Los Angeles | Deposition |
| 96. Watkins vs. County of Riverside | Deposition |
| 97. Watkins vs. County of Riverside | U.S. District Court – Los Angeles |
| 98. Flores vs. LAUSD | State Superior Court - Chatsworth |
| 99. C. Hernandez vs. City of Santa Ana | State Superior Court – Santa Ana |
| 100. Markham vs. State of California | State Superior Court – San Bernardino |

# Expert Testimony

| Case: | Court: |
| --- | --- |
| 101. Jensen vs. Sierra Madre | Deposition |
| 102. Nicolas vs. City of Riverside | Deposition |
| 103. Perez vs. City of Indio | Deposition |
| 104. Radwan vs. County of Orange | Deposition |
| 105. Lass vs. County of Orange | U.S. District Court – Santa Ana |
| 106. Markham vs. State of California | State Superior Court – San Bernardino |
| 107. Wiggins vs. State of California | State Superior Court – Fontana |
| 108. Abney vs. California State University | Deposition |
| 109. Abney vs. California State University | State Superior Court – Los Angeles |
| 110. Alvarado vs. City of Pomona | U.S. District Court – Los Angeles |
| 111. Bernat vs. California City | Deposition |
| 112. Deats vs. County of Orange | Deposition |
| 113. Nash vs. City of San Bernardino | Deposition |
| 114. Nash vs. City of San Bernardino | U.S. District Court – Los Angeles |
| 115. Bernat vs. California City | U.S. District Court - Fresno |
| 116. Rivera vs. City of Santa Ana | U.S. District Court – Santa Ana |
| 117. A.K.C. vs. City of Santa Ana | Deposition |
| 118. Radwan vs. County of Orange | U.S. District Court – Santa Ana |
| 119. Deats vs. County of Orange | U.S. District Court – Los Angeles |
| 120. AKC vs. City Santa Ana | U.S. District Court – Santa Ana |

# Expert Testimony

| Case: | Court: |
| --- | --- |
| 121. Allen vs. County of Riverside | Deposition |
| 122. Dubose vs. County of Los Angeles | U.S. District Court – Los Angeles |
| 123. Hachett vs. City of Calexico | Deposition |
| 124. Ballard vs. City of San Bernardino | Deposition |
| 125. Rodriguez vs. City of Lon Beach | Deposition |
| 126. Nava vs. City of Santa Clara | U.S. District Court – San Jose |
| 127. Ballard vs. City of San Bernardino | U.S. District Court – Los Angeles |
| 128. Williams vs. County of Los Angeles | Deposition |
| 129. Patino vs. L.A. Unified School Police | State Superior Court – Los Angeles |

**Note:** There may be some discrepancy in the number of cases contained within this listed. The list is only as accurate as records and memory can reflect. There may be other case not identified and that is due to errors in record keeping.

Rev:11-02-11

# Reasonable Suspicion
### *Valid investigative stop or detention, you must have:*

There may be criminal activity
Person detained is possibly connected to criminal activity
Specific facts exist / totality of the circumstances

# Detention
### *A police officer is empowered to stop a person and to investigate if,*

A criminal act is about to take place,
is in progress, or
has taken place

# Probable Cause
### *Exists when the totality of the circumstances cause an officer a strong suspicion that the person is guilty of a crime.*

Unusual or suspicious activity
Related to some criminal act
Person being detained is directly involved

# FORCE OPTIONS

## HIGH LEVELS OF FORCE
### (INCAPACITATION)

### Lethal Force Applications

### Less Than Lethal Weapons

## MODERATE LEVELS OF FORCE
### (CONTROL)

### Police Canine

### Impact Weapons

### Electronic Weapons

### Neck Restraints

### Physical Control Holds

### Chemical Weapons

## LOW LEVELS OF FORCE
### (COMPLIANCE)

### Firm Grip or Gesture

### Verbal Commands

### Uniform Presence

# RULES OF ENGAGEMENT

## SELF-DEFENSE

## RIGHT

## DEFENSE OF OTHERS

## DUTY

## OBJECTIVELY REASONABLE FOR A LAWFUL PURPOSE

## EFFECT AN ARREST

## PREVENT AN ESCAPE

## OVERCOME RESISTANCE

## ESCALATION AND DE-ESCALATION

## MEASURED RESPONSE

# Basic Use-of-Force Analysis

## Force Factors:

|  | Low | High |
|---|---|---|
| **Imminent Threat; Officers** | 0--1--2--3--4--5--6--7--8--9--10 | |
| **Resisting Arrest** | 0--1--2--3--4--5--6--7--8--9--10 | |
| **Circs, Tense, Uncertain, Rapidly Evolving** | 0--1--2--3--4--5--6--7--8--9--10 | |
| **Severity of the Crime(s)** | 0--1--2--3--4--5--6--7--8--9--10 | |
| **Attempting to Evade by Flight** | 0--1--2--3--4--5--6--7--8--9--10 | |

## Officer's Force Used:

**Level of Force Officer Used**   0--1--2--3--4--5--6--7--8--9--10

## Force Options

| 1 Pres. verbal | 2 Firm grip, passive control | 3 Chm agents | 4 Active control tech. | 5 Neck rest. | 6 Elec. devices | 7 Baton | 8 K-9 | 9 Less lethal | 10 Deadly force |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

37

# EVALUATE A MEASURED RESPONSE

**The measurement of an Officer's response to:**

1.  **Information or circumstances known to the officer/s**

2.  **Public safety**

3.  **Risk of harm or the potential for harm**

4.  **Officer's observations**

5.  **Assailant's actions**

6.  **Threat assessment**
    **a. intent**
    **b. ability**
    **c. jeopardy**

*Gary M. Vilke, M.D., FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

November 15, 2011

Bruce E. Disenhouse
Kinkle, Rodiger and Spriggs
3333 Fourteenth Street
Riverside, CA 92501

RE :    Carole Krechman, et al v. County of Riverside, et al
        Case No. CV 10-08705 ODW(DTBx)

Dear Mr. Disenhouse:

## Introduction

I am a board-certified emergency department physician with substantial experience in sudden
cardiac arrest and sudden cardiac death, including my service as the Medical Director of the
American Heart Association Training Center at the University of California, San Diego Center for
Resuscitation Science since 2007.  I am also an independent researcher on the effects of body
positioning and restraint techniques and the impact they have on human physiology.  I am also
knowledgeable of the state of the medical and scientific research of restraints and the impact on
humans as well as in-custody deaths.  I have been retained to review relevant materials and provide
expert opinion on the cause of Mr. Robert Appel's death.  After careful review, it is my opinion that
Mr. Appel suffered a cardiac arrest after being handcuffed by deputies. The actions of the deputies
did not cause the death.  Mr. Appel was exhibiting signs of excited delirium syndrome, which can
be lethal in and of itself, but also had cardiomyopathy and severe hyperkalemia associated with
renal failure, both of which can cause sudden cardiac arrest.  These opinions and related opinions
are set forth in this expert report.

**Materials Reviewed**

    Riverside County Sheriff Department Special Investigations Bureau Central Homicide Unit
    Investigation of In Custody Death of Robert Appel on 5/14/10
    Medical Examiner's Report and Toxicology Testing
    Incident Report 1/29/10 involving Robert Appel
    Investigative Report of 5/12/10 DUI involving Robert Appel
    Computer Automated Dispatch Records
    Standing Order Regarding Newly Assigned Cases in Krechman v. County of Riverside
    Autopsy photos
    Scene and emergency department photos
    Interview of Inv Alfaro
    Interview of Inv Dusek
    Interview of Inv Garcia
    Interview of Deputy Chacon
    Deposition of Deputy Edward James Chacon
    Deposition of Investigator Sean Michael Dusek
    Deposition of Investigator Martin Alfaro
    Deposition Investigator Robert Garcia
    Deposition of Rachel Baker
    Deposition of Carole Sumner Kretchman
    Deposition of M. Scott McCormick
    Medical records from Eisenhower Medical Center from 5/15/10.

After reviewing these materials, there are several issues that are clear given this information. My review of the above noted materials support the basis of my opinions with the regards to the restraint and subsequent cardiac arrest of Mr. Robert Appel. All opinions given are to a reasonable, or higher, degree of medical or scientific certainty or probability based on this information.

**Overview of case**

On May 14, 2010 at approximately 2230, Mr. Robert Appel, who was 48 years old at the time, was approached by a Sheriff's deputy who was responding to a 911-call hang up. Mr. Appel was noted to be talking to himself outside, was not wearing a shirt, and was sweating profusely. He did not have shoes on and had cuts to his feet and was bleeding. At one point, unprovoked, he jumped into the bushes. Officers subsequently tried to restrain him for safety purposes and he became agitated and required four officers to get him handcuffed. Within a minute of cuffing, he became unresponsive, but was noted by officers to still have a pulse and rise and fall of his chest, indicative of breathing. Upon arrival of Emergency Medical Services (EMS), Mr. Appel was noted to be in cardiac arrest, was treated by paramedics, and was initially resuscitated. He was transported to the

emergency department where he was noted to have both life-threatening elevated serum potassium and magnesium levels as well as renal failure, and subsequently went back into cardiac arrest and could not be resuscitated and was then pronounced dead. The medical examiner reported the cause of death was sudden cardiac arrest following physical confrontation with law enforcement, with alcoholic cardiomyopathy listed as another significant condition.

**In brief, my opinions are as follows with more description of each below:**

1. The use of the handcuffs and having Mr. Appel on his stomach in a prone position with passive restraints did not cause or contribute to his death.

2. The use of the weight on his back during the handcuffing process did not cause or contribute to the death of Mr. Appel.

3. The attempted placement of a lateral vascular neck restraint (LVNR) did not cause or contribute to the death of Mr. Appel.

4. The three reported fist strikes to Mr. Appel's head did not cause or contribute to his death.

5. Mr. Appel was suffering signs and symptoms consistent with excited delirium syndrome, which in and of itself can cause sudden cardiac arrest.

6. Mr. Appel had reported alcoholic cardiomyopathy, which places him at risk for sudden cardiac arrest.

7. The life-threatening level of hyperkalemia (elevated potassium levels) and hypermagnesemia (elevated magnesium levels) due to renal failure were the most likely cause of his cardiac arrest and death.

8. The actions of the deputies in handcuffing Mr. Appel did not cause his death.

9. Under the circumstances presented, there was nothing that the sheriff's officers should have done differently in restraining Mr. Appel to prevent his cardiac arrest, as it was an unpredictable event.

**Detailed review of opinions**

*1. The use of the handcuffs and having Mr. Appel on his stomach in a prone position with passive restraints did not cause or contribute to his death.*

There are no studies, clinical findings in this case or previous case reports that support that any variation of restraining a handcuffed individual with hands behind his back will impede one's ability to ventilate and cause positional asphyxia or a respiratory arrest. Leaving the subject on his stomach in the prone position is considered physiologically neutral. The Mr. Appel was breathing and could move side-to-side if desired and not having the ventilatory movement of his lungs impeded. Mr. Appel did not suffer from positional asphyxia nor did the restraint have any contributing component to his demise.

*2. The use of the weight on his back during the handcuffing process did not cause or contribute to the death of Mr. Appel.*

During the period that Mr. Appel was being handcuffed, he was restrained in a prone position with a certain amount of weight force was being placed on his back by the officers to secure the handcuffs. Mr. Appel was making noises and struggling and even verbalizing without any evidence of respiratory or ventilatory difficulty during this time period. He was reported to be moving and resisting during this period and was not noted to complain of shortness of breath or difficulty breathing. Given that Mr. Appel was clearly alive and struggling during the short period of restraint and minimal weight force, and that the cardiac arrest was sudden, as well as there were no findings or changes consistent with asphyxiation on autopsy, the weight force on the back did not cause Mr. Appel' death.

*3. The attempted placement of a lateral vascular neck restraint (LVNR) did not cause or contribute to the death of Mr. Appel.*

The pathophysiology and safety, of the lateral vascular neck restraint (LVNR), also known as a carotid restraint, are relatively straightforward and well delineated in many texts. The purpose is to place the arm around the neck of the subject to be controlled. The crook of the elbow is placed at the anterior (front) region of the neck and the forearm and upper arm come around the sides and are used to place pressure on the lateral aspects of the neck where the carotid arteries are located. Pressure placed on the arteries diminishes blood flow to the brain, quickly rendering the subject

unconscious. The reports reflect that there was an unsuccessful attempt to place Mr. Appel into an LVNR. However, correct placement could not be obtained and the attempt was abandoned. The findings in the autopsy report support that there was no negative impact from this attempt as the hyoid bone was intact as were the laryngeal cartilages. Additionally, there was no soft tissue injury reported of the neck muscles. The attempted placement of the LVNR did not contribute to the death of Mr. Appel.

   *4.  The three reported fist strikes to Mr. Appel's head did not cause or contribute to his death.*

Although Mr. Appel reportedly received a strike with a fist three times to his head with he was reportedly trying to bite one of the officers, there were no clinical changes reported at the time of the strike, including no loss of consciousness from the strike. Additionally, there were no autopsy findings that indicate that these strikes had any contributing effects to Mr. Appel's death.

   *5.  Mr. Appel was suffering signs and symptoms consistent with excited delirium syndrome, which in and of itself can cause sudden cardiac arrest.*

Prior to and during the time of his being placed into handcuffs, Mr. Appel was exhibiting signs and symptoms consistent with excited delirium syndrome (ExDS). In his case, the ExDS appeared to be caused by and underlying and undertreated paranoid psychosis. ExDS is a syndrome most commonly caused by use of stimulant drugs like cocaine, methamphetamine or PCP and presents typically with aggressive and often paranoid behavior, but can also be caused by uncontrolled behavioral or psychiatric illnesses. Classically, people suffering from ExDS are delusional, hyperactive, and may be violent. They are often breathing fast, sweating and under clothed for ambient conditions. They are often destructive, do not yield to overwhelming force, and have reported to have a propensity to break glass.

Excited delirium syndrome places the individual at increased risk for sudden death, felt by most experts to be caused by an irregular heartbeat from the increased stress and work on the heart by the excited, over-stimulated, agitated physical state. Once the heart goes into an irregular beat, blood flow through the body ceases and shortly thereafter, the subject will lose consciousness due to lack of blood flow to the brain and then stop breathing. Often, law enforcement officers will notice that the subject has finally quieted down, no longer yelling and struggling, thinking that he has finally calmed down and given up the fight. Then a short time later is when someone will identify that the

subject is suddenly in cardiac arrest. In this case, the change in status was promptly noted and appropriately addressed by the deputies at scene.

Sudden death from ExDS has been documented to occur with subjects in restrained, prone, supine and even sitting positions. The position does not appear to be the causative factor for the cardiac arrest, but rather the ExDS state itself. Once a person goes into cardiac arrest from excited delirium syndrome, they are almost impossible to successfully resuscitate.

Mr. Appel, though all of his medical records are not available to me, has a history of noted bizarre and paranoid behavior. He was reported in January of 2010 in an incident report to exhibit paranoid behavior, including accusing a security guard of allowing his computer to get hacked and reporting that he was raped, but had no specific complaints or details of the incident. He was noted by the community guard, as well as a neighbor, to be acting bizarre and "unstable" for quite some time. His mom also reported that on the day of his death, he was crawling around house and acting "crazy" "like an animal." She reported that he had a cut foot and bleeding all over the carpet and repeating that someone had given him something or made him take something and that they were out to get him.

Medications found at his house included Zyprexa and Depakote, both of which are mood stabilizers used to treat psychosis, including paranoid schizophrenia and excited moods. The urine toxicology screen by the medical examiner did not find either of these medications in Mr. Appel's blood or urine samples, indicating that he was not apparently taking them. If Mr. Appel, was indeed a patient with underlying psychosis, who was intermittently on medications, that would certainly explain some of his functionality in the past months as noted by the community guard, who reported periods of normal behavior as well a "unstable" behavior. And stopping the medications would explain the decompensation and increased paranoid and bizarre behavior and place at risk for excited delirium syndrome and sudden death.

Clinically, Mr. Appel was suffering the signs and symptoms consistent with a diagnosis of excited delirium syndrome. He was profusely sweaty and only partially clothed. He was delusional, thinking he was poisoned and that there were people after him that were not really there. Broken glass was found in his house. He was not complaint with officers' commands and was struggling against overwhelming force and did not appear impacted by pain, as evidenced by the continued

- 6 -

struggle even with an arm bar hold. His sudden cardiac arrest is also consistent with sudden death by excited delirium syndrome.

6. *Mr. Appel had reported alcoholic cardiomyopathy, which places him at risk for sudden cardiac arrest.*

Mr. Appel had alcoholic cardiomyopathy noted on autopsy, which was described as concentric left ventricular hypertrophy. The medical examiner described it as a "large dilate, almost balloon like heart..." This physical enlargement of the heart in and of itself can place an individual at increased risk for sudden cardiac arrest and death from a spontaneous irregular heart beat. Given the excited state and agitation of Mr. Appel, along with his enlarged heart, he was at risk to go into cardiac arrest.

7. *The life-threatening level of hyperkalemia (elevated potassium levels) and hypermagnesemia (elevated magnesium levels) due to renal failure were the likely cause of his cardiac arrest and death.*

Mr. Appel was found to have a potassium level >10.0 and a magnesium level of 5.2 at the time of his emergency department evaluation at 23:27 on 5/14/10. The cause of these elevations is his kidney failure as noted by his creatinine of 3.7 at this visit. This elevation was not caused by or worsened by the interaction with the officers. In my almost 20 years of being an emergency department physician I have never seen a potassium level this high before. By way of comparison, a normal potassium level is 3.5-5.0. Patients with chronic kidney failure on dialysis can get up to levels of 6.0 to 7.5 with little in the way of clinical findings, but patients with acute kidney failure will have EKG changes at these levels and are already at risk to go into sudden cardiac arrest. The highest level I have seen is in the 8+ range and was in a dialysis patient who did not go to his dialysis and presented in cardiac arrest from the hyperkalemia. Mr. Appel, with a potassium of greater than 10 was at risk to go into cardiac arrest at any moment, with or without any involvement by law enforcement. When the potassium level is greater than 8, significant EKG findings occur, including widening of the normal electrical activity and significant slowing of the heart rate. This is exactly what was reported in Mr. Appel in that his heart rate slowed prior to his cardiac arrest. A potassium level of greater than 10 is not compatible with sustaining life for very long. This severe hyperkalemia is the probable cause of Mr. Appel's cardiac arrest.

8. *The actions of the deputies in handcuffing Mr. Appel did not cause his death.*

As noted above, the restraint, weight on the back, attempted LVNR and the strikes did not cause or contribute to Mr. Appel's death.

9. *Under the circumstances presented, there was nothing that the sheriff's officers should have done differently in restraining Mr. Appel to prevent his cardiac arrest, as it was an unpredictable event.*

Mr. Appel had previously undiagnosed kidney failure with life threatening hyperkalemia coupled with cardiomyopathy. He was a ticking time bomb ready to go into cardiac arrest at any time. The officers restrained Mr. Appel in an expeditious manner and then evaluated his vital signs while EMS was en route. There is no medical care that needed to be rendered prior to the arrival of EMS as Mr. Appel was breathing and had a pulse. This evaluation and monitoring is what is warranted by law enforcement under these circumstances to manage a combative subject.

## Background and Qualifications

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in Emergency Medicine. I work full time as a practicing clinician in the Emergency Department of a busy urban hospital. I also work for the medical center as the Director of Custody Services for the San Diego County Sheriff's Department Jail Medical Service where I oversee direct patient care, interface between the jail clinical staff and the hospital staff, and have been involved in the process of utilization review. I have also served as the UCSD Medical Center's Chair of the Medical Risk Management Committee as well as the Chair of the Patient Care and Peer Review Committee, both of which are charged with the task of reviewing medical records and making determinations of standard of care, and I currently serve as Chief-of –Staff for the Medical Center.

As a physician working at both the jail and in the emergency department that is contracted to care for incarcerated patients, I have managed many patients over the last 15 years who have been incarcerated. I have worked at the jail as a clinic physician for over 10 years and I have taken care of hundreds of patients at the time who have been arrested by police and thousands of patients who

- 8 -

have been arrested and restrained. I have also been directly involved with numerous restraints and extractions of individuals. I have also been involved in multiple evaluations and research on humans involving restraint techniques and have restrained hundreds of human volunteers. A list of my peer reviewed published articles can be found in my attached Curriculum Vitae.

Appendix A is a copy of my current Curriculum Vitae, which includes a list of all publications authored by me over the previous ten years. Appendix B is a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years. I have not referred to any other specific sources beyond my own research and those listed in this report. Appendix C contains my and rate sheet. The knowledge base that I utilize has been developed over time from my years of clinical practice, reading and research, including specifically those articles that I have published myself in Appendix A.

Respectfully submitted,

Gary M. Vilke, M.D., FACEP, FAAEM
Professor of Clinical Medicine
Director, UCSD Custody Services
Director, Clinical Research for Emergency Medicine
University of California, San Diego Medical Center

**Appendix A**

## *CURRICULUM VITAE*

## *GARY MICHAEL VILKE, M.D., FACEP, FAAEM*

HOME ADDRESS:

11279 Breckenridge Way
San Diego, CA 92131
Phone: (619) 666-8643
Pager: (619) 290-9149

OFFICE ADDRESS:

Department of Emergency Medicine
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92103-8676
Phone: (619) 543-6210
Fax:    (619) 543-3115
E-mail: gmvilke@ucsd.edu


PERSONAL:    Born September 12, 1966 in Cleveland, Ohio
             Marital Status: Married, two children


EDUCATION:

| | |
|---|---|
| Academic:<br>1983-88 | B.S. in Zoology, University of California, Berkeley<br>Berkeley, California |
| Medical School:<br>1988-92 | M.D., University of California, San Diego School of Medicine<br>La Jolla, California |
| Internship:<br>1992-93 | Department of Surgery<br>University of California, San Diego Medical Center<br>San Diego, California |
| Residency:<br>1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California    (Chief Resident: 1995-96) |


LICENSURE:    California Medical License Number G-78057


BOARD CERTIFICATIONS:

National Board of Medical Examiners, 1993
American Board of Emergency Medicine, 1997, renewed 2007

- 10 -

APPOINTMENTS:

| | |
|---|---|
| 7/05 - Present | Professor of Clinical Medicine, University of California, San Diego (UCSD) School of Medicine |
| 7/09 - Present | Chief of Staff, UCSD Medical Center (Vice Chief 7/07-6/09) |
| 10/09 – Present | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 4/07 – Present | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 2/06 - Present | Director of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 4/99 - Present | Director, Custody Services, UCSD Medical Center |
| 7/96 - Present | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

PREVIOUS EXPERIENCE/APPOINTMENTS:

| 7/07-6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, Califor |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

HONORS AND AWARDS:

| | |
|---|---|
| 1990 | Random House Medical Student Award |
| 1996 | American College of Emergency Physicians, California Chapter Challenge Bowl Winner |
| 1996 | Council of Residency Directors (CORD) Resident Academic Achievement Award |
| 1996 | Outstanding Emergency Medicine Resident |
| 1996 | UCSD Emergency Department Staff Support Award |
| 1996 | *Journal of Emergency Medicine* Outstanding Contribution Award |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000 |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2004 | Top Doctor in San Diego County, San Diego Magazine |
| 2004 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | Top Doctor in San Diego County, San Diego Magazine |
| 2005 | Clinical Investigation Institute, University of California San Diego |
| 2006 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Finalist San Diego Business Journal Health Care Champion Award |
| 2007 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2008 | Top Doctor in San Diego County, San Diego Magazine |
| 2008 | UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year |
| 2009 | Clinical and Translational Research Institute, Charter member |
| 2009 | Top Doctor in San Diego County, San Diego Magazine |
| 2010 | Top Doctor in San Diego County, San Diego Magazine |
| 2011 | Top Doctor in San Diego County, San Diego Magazine |

CERTIFICATIONS:

    Basic Cardiac Life Support Instructor

    Pediatric Advanced Life Support Provider

    Advanced Cardiac Life Support Instructor

    Advanced Trauma Life Support Provider

    Hazardous Material Training, Level I

    Advanced HAZMAT Life Support Provider

PROFESSIONAL SOCIETY MEMBERSHIPS:

American Medical Association, 1988-97

California Alumni Association, 1988

American College of Emergency Physicians, 1991-2000

Fellow, American College of Emergency Physicians, 2000

California Chapter of the American College of Emergency Physicians, 1991

Society for Academic Emergency Medicine, 1995

National Association of EMS Physicians, 1998

Fellow, American Academy of Emergency Medicine, 2000

California Chapter of the American Academy of Emergency Medicine, 2000

American Association of University Professors, 2002

California Conference of the American Association of University Professors, 2002

San Diego Faculty Association, 2002

San Diego County Medical Society, 2003

California Medical Association, 2003

PATENTS:

#WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

#WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# US 2010/011966 A2: Medication Delivery System (January 28, 2010)

# US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

CURRENT ACTIVITIES:

Member, Disaster Medical Assistance Team (CA-4), 1994

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007

LIFESHARING, A Donate Life Organization Advisory Board, 2010


Journals

Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2007 (Editorial board since 2000; reviewer since 1994)

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006 (Reviewer since 2004)

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

Reviewer, *Western Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Reviewer, *Forensic Science International*, 2007

Reviewer, *California Journal of Emergency Medicine*, 2007

Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

Reviewer, *BioMedical Engineering OnLine*, 2009

Reviewer, *Bioelectromagnetics*, 2010

Reviewer, *Forensic Science, Medicine and Pathology*, 2010

Reviewer, *Psychology Research and Behavior Management*, 2010

CURRENT ACTIVITIES, continued:

Content Expert

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA). 2008

Content Expert for Cable News Network (CNN), 2009

PREVIOUS ACTIVITIES:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Reviewer, *Journal of Emergency Medicine*, Pergamon Press, 1994-2000  (now on editorial board)

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Associate Editor, *Journal of Emergency Medicine*, Pergamon Press, 1996-97

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I,

Pediatric Advanced Life Support Course, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

PREVIOUS ACTIVITIES, continued:

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-02

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

CURRENT UCSD COMMITTEE MEMBERSHIPS:

Research Committee, Department of Emergency Medicine, 1997

UCSD Faculty Association, 2002

Quality Improvement Committee, Department of Emergency Medicine, 2002

UCSD/San Diego Sheriff Security Working Group, 2003

Quality Council Committee, 2003

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005

UCSD Academy of Clinician Scholars Executive Committee, 2005

Chair, Medical Staff Executive Committee, 2009

UCSD Governance Advisory Committee, 2009

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative Team, 2009

UCSD Medical Center Syncope Task Force, 2010

## PREVIOUS UCSD COMMITTEE MEMBERSHIPS:

Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

Hospital Infection Control Committee, 1994-95

Emergency Medicine Housestaff Association Representative, 1994-96

Emergency Department Clinical Practices Committee, 1994-96

Emergency Department Peer Review/Quality Assurance Committee, 1995-96

Emergency Department Critical Care Room Process Action Team, 1996

Paramedic/Emergency Department Interface Task Force, 1998-99

Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

Credentials Committee, 1997-2000

Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-03

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005

UCSD Phasing Strategy Ad Hoc Committee, 2005-06

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued:

Chair, Medical Risk Management Committee, 2003-2007 (member since 2002)

Medical Risk Management Executive Committee, 2003-2007

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-2007

Vice Chair, Medical Staff Executive Committee, 2007-2009

Chair, Patient Care and Peer Review Committee, 2007-2009 (member since 2005)

Trauma Multidisciplinary Committee, 2000-2009

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

CURRENT COMMITTEE MEMBERSHIPS:

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998

San Diego Central Jail Quality Assurance Committee, 1999

San Diego Central Jail Medical Oversight Committee, 1999

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001

PREVIOUS COMMITTEE MEMBERSHIPS:

Practice Management Committee, CAL/ACEP, 1994-95

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

San Diego County Prehospital Audit Committee, 1997-2006

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Chair, San Diego County Prehospital Audit Committee, 1998-2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

City of San Diego EMS Physicians' Advisory Committee, 1998-2003

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2003

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Education Committee, CAL/ACEP, 2000-03

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

PREVIOUS COMMITTEE MEMBERSHIPS, continued:

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-2006

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

FUNDED RESEARCH:

1.  Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3.  Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4.  Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176

5.  Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001. Amount: $1,500

6.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003. Amount: $12,000

7.  Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/2004 to 6/30/2009. UO1 HL077908. Amount: $2,250,522

8.  Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.49

9.  Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/2006 to 6/30/2008. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/2006 to 6/30/2008. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/2007 to 6/30/2008. Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07. Amount: $11,658

- 23 -

FUNDED RESEARCH, continued:

13. Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/2008 to 10/15/2008. Amount: $50,990

14. Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09. Amount: $13,423

15. Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment." Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11. Amount: $85,000

16. Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction." Funded by Brahms AG, 8/1/09 to 8/1/12. Amount: $103,950

17. Co-Investigator, with Daniel Davis (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 3/1/2010 to 2/28/2015. U01 HL077908-06. Amount: $755,998

18. Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouer Island Health Authority. 7/1/09 to 6/30/2011. Amount $50,000

19. Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company 7/27/10 to present. Amount $1400

PUBLICATIONS:

Books / Book Chapters

1.  Vilke GM:  Head Trauma, Blunt.  In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, pp 472-473.

2.  Vilke GM:  Head Trauma, Penetrating.  In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, 474-475.

3.  Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.);
    St. Louis: Mosby, Inc., 2001.

4.  Vilke GM:  Urethral Catheterization.  In: Atlas of Emergency Procedures.  Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

5.  Vilke GM:  Cystostomy.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

6.  Vilke GM:  Bladder Aspiration.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

7.  Vilke GM:  Dorsal Slit in Phimosis.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

8.  Vilke GM:  Manual Paraphimosis Reduction.  In: Atlas of Emergency Procedures.  Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

9.  Vilke GM:  Zipper Removal.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

10. Hayden SR, Silfvast T, Deakin CD, Vilke GM:  Surgical Procedures.  In: Prehospital Trauma
    Care.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

11. Hayden SR, Thierbach A, Vilke GM, Sugrue M:  Patient Turnover: Arriving and Interacting
    in the Emergency Department.  In: Prehospital Trauma Care.  Soreide E, Grande CM (Eds.);
    New York: Marcel Dekker, Inc., 2001, pp 737-751.

12. Vilke GM:  Cervical Spine Injury, Adult.  In: Rosen and Barkin's 5-Minute Emergency
    Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P
    (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

PUBLICATIONS, continued:

Books / Book Chapters

13.  Vilke GM:  Extremity Trauma, Penetrating.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

14.  Vilke GM:  Head Trauma, Blunt.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

15.  Vilke GM:  Head Trauma, Penetrating.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

16.  Vilke GM:  Ring/Constricting Band Removal.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

17.  Vilke GM:  Warts.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

18.  Vilke GM:  Fournier's Gangrene.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

19.  Vilke GM:  Variants of Normal.  In: ECG in Emergency Medicine and Acute Care.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

20.  Vilke GM:  Keloid Formation. In: Greenberg's Text-Atlas of Emergency Medicine.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

21.  Vilke GM:  Distal Digital Amputation. In: Greenberg's Text-Atlas of Emergency Medicine.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

22.  Vilke GM:  Painful Syndromes of the Hand and Wrist.  In: Harwood-Nuss' Clinical Practice of Emergency Medicine fourth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

23.  Vilke GM:  Neck Holds.  In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

PUBLICATIONS, continued:

Books / Book Chapters

24.  Sloane C, Vilke GM:  Riot Control Agents, Tasers and Other Less Lethal Weapons.
     In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006,
     pp 113-138.

25.  Vilke GM:  *Clostridium botulinum* Toxin (Botulism) Attack.  In: Disaster Medicine.
     Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26.  Vilke GM:  Viral Agents (Section 10, Part 2).  Section Editor.  In: Disaster Medicine.
     Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27.  Patel R, Reynoso J, Vilke GM:  Genitourinary Trauma. In:  Emergency Medicine Handbook.
     Clinical Concepts for Clinical Practice.  Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.);
     Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28.  Vilke GM:  Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency
     Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P
     (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29.  Vilke GM:  Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine
     Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
     Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30.  Vilke GM:  Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine
     Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
     Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31.  Vilke GM:  Head Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine
     Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
     Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32.  Vilke GM:  Spine Injury: Cervical, Adult. In: Rosen & Barkin's 5-Minute Emergency
     Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P
     (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33.  Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third
     edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia:
     Lippincott Williams & Wilkins, 2007, pp 1224-1225.

34.  Vilke GM, Sloane CM, Chan TC.  Accelerated Triage for Medical Evaluations Following
     CED Activations.  In:  Critical Issues in Policing Series:  Strategies for Resolving Conflict and
     Minimizing Use of Force.  Ederheimer JA (Ed); Washington DC, Police Executive Research
     Forum, 2007, pp 108-109.

PUBLICATIONS, continued:

Books / Book Chapters

35. Christensen EF, Deakin C, Vilke GM: Prehospital Care and Trauma Systems. In: <u>Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I</u>. Wilson WC, Grande CM, Hoyt DB (Eds.); New York: Informa Healthcare USA, Inc, 2007, pp 43-58.

36  Chan TC, Vilke GM. In: <u>TASER® Conducted Electrical Weapons: Physiology, Pathology, and Law</u>. Kroll MW, Ho JD (Eds.); New York: Springer, 2009, pp 109-118.

37. Vilke GM: Hand and Wrist Pain. In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> fifth edition. Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2010, pp 711-714.

38. Wilson MP, Vilke GM. In: <u>Avoiding Common Errors in the Emergency Department</u>. Mattu A, Chanmugam AS, Swadron SP, Tibbles CD, Woolridge DP (Eds) Philadelphia: Lippincott Williams and Wilkins, 2010, pp 520-522.

39. Oyama LC, Vilke GM. In: <u>Emergency Medicine Review Preparing for the Boards</u>. Harrigan RA, Ufberg JW, Tripp ML (Eds) St. Louis: Elsevier Saunders, 2010, pp 303-315.

40. Vilke GM: Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 392-393.

41. Vilke GM: Fournier's Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 428-429.

42.  Vilke GM: Head Trauma, Blunt. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 476-477.

43. Vilke GM: Head Trauma, Penetrating. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 478-479.

44. Vilke GM: Spine Injury: Cervical, Adult. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1044-1045.

45.  Vilke GM: Warts. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1226-1227.

VIDEO:

1.     Vilke GM, Davis DP, Robinson A: "Glasgow Coma Scale and the Field Neurological Exam" Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

2.     Vilke GM, Chan TC: "Excited Delirium" Instructional Video, San Diego County Sheriff's Department, 2007.

3.     Morris B, Vilke GM: "Ankylosing Spondylitis" Educational Video. Bill Morris Production Group for the Ankyslosing Spondylitis Association of America, 2009.

PUBLICATIONS, continued:

Articles

1.    Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P: Intubation techniques in the helicopter. J Emerg Med 1994;12(2):217-224.

2.    Rockwell E, Jackson E, Vilke G, Jeste DV: A study of delusions in a large cohort of Alzheimer's disease patients. Am J Geriatric Psychiatry 1994;2(2):157-164.

3.    Chan T, Vilke GM, Williams S: Bi-directional ventricular tachycardia in a patient with digoxin toxicity. J Emerg Med 1995;13(1):89.

4.    Vilke GM: Misplaced intravascular catheters in a patient with acute renal failure. J Emerg Med 1995;13(3):379.

5.    Vilke GM, Vilke TS, Rosen P: The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*. J Emerg Med 1995;13(4):457-460.

6.    Bauman BH, Vilke G, Chan T: Dexamethasone use in croup. West J Med 1996;164(1):66.

7.    Vilke GM, Hayden SR: Intraorbital air in a patient status post-facial trauma. J Emerg Med 1996;14(1):77.

8.    Vilke GM, Jacoby I, Manoguerra AS, Clark R: Disaster preparedness of poison control centers. Clin Toxicol 1996;34(1):53-58.

9.    Vilke GM: "No worries." J Emerg Med 1996;14(5):641-642.

10.   Vilke GM, Honingford EA: Cervical spine epidural abscess in a patient with no predisposing risk factors. Ann Emerg Med 1996;27(6):777-780.

11.   Vilke GM, Honingford EA: Diabetes and neck pain (Letter to the editor). Ann Emerg Med 1996;28(6):731.

12.   Vilke GM, Wulfert EA: Case reports of two patients presenting with pneumothorax following acupuncture. J Emerg Med 1997;15(2):155-157.

13.   Vilke GM: Chest pain in an elderly patient. J Emerg Med 1997;15(4):523.

14.   Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Ann Emerg Med 1997;30(5):578-586.

15.   Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM: Outcome study of prehospital patients signed out against medical advice by field paramedics. Ann Emerg Med 1998; 31(2):247-250.

PUBLICATIONS, continued:

Articles

16.   Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

17.   Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

18.   Vilke GM, Mahoney G, Chan TC:  Postpartum coronary artery dissection.  Ann Emerg Med 1998;32(2):260-262.

19.   Rosa CM, Schwartz BL, Vilke GM:  The prehospital electrocardiogram: Future standard of care?  Top Emerg Med 1998;20(3):23-29.

20.   Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P:  Cricothyrotomy technique: Standard versus the rapid four-step technique.  J Emerg Med 1999;17(1):17-21.

21.   Davis DP, Stephen KAC, Vilke GM:  Inaccuracy in endotracheal tube verification using a Toomey syringe.  J Emerg Med 1999;17(1):35-38.

22.   Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

23.   Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P:  Use of the Trousseau dilator in cricothyrotomy.  J Emerg Med 1999;17(3):433-436.

24.   Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3): 479-489.

25.   Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4): 697-709.

26.   Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

27.   Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

28.   Vilke GM:  FOOSH injury with snuff box tenderness.  J Emerg Med 1999;17(5):899-900.

29.   Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

PUBLICATIONS, continued:

Articles

30. Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P: Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique. J Emerg Med 1999;17(6):957-962.

31. Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T: Restraint position and positional asphyxia (Reply to letter to the editor). Am J Forensic Med Pathol 2000; 21(1):93.

32. Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2): 159-163.

33. Sloane CM, Vilke G: The other olive associated with vomiting. J Emerg Med 2000; 18(3):375.

34. Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

35. Ma G, Vilke GM: Amoebic abscess. J Emerg Med 2000;18(4):465-466.

36. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw. J Emerg Med 2000;19(2):125-129.

37. Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P: Rapid sequence intubation in the field versus hospital in trauma patients. J Emerg Med 2000;19(3):259-264.

38. Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation. Ann Emerg Med 2000;36(4):293-300.

39. Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J: Successful prehospital airway management by EMT-Ds using the Combitube. Prehosp Emerg Care 2000;4(4):333-337.

40. Vilke GM, Marino A, Iskander J, Chan TC: Emergency department patient knowledge of medications. J Emerg Med 2000;19(4):327-330.

41. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42. Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation. J Emerg Med 2001;20(1):1-5.

PUBLICATIONS, continued:

Articles

43. Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

44. Davis DP, Kimbro TA, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2001;5(2):163-168.

45. Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

46. Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG:  Exercise-induced hyponatremia in marathon runners: A two-year experience.  J Emerg Med 2001;21(1):47-57.

47. Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

48. Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps.  J Emerg Med 2001;21(2):125-128.

49. Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50. Morgan J / Sloane C, Vilke GM:  Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor).  J Emerg Med 2001;21(4):443-444.

51. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001.  Washington, DC: United States Department of Justice, National Institute of Justice.

52. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  J Emerg Med 2002;22(1):71-74.

53. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002; 47(2):299-304.

54. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC:  Midazolam for the treatment of out-of-hospital pediatric seizures.  Prehosp Emerg Care 2002;6(2):215-217.

55. Vilke GM, Chan TC:  Agitated delirium and sudden death (Letter to the editor).  Prehosp Emerg Care 2002;6(2):259-260.

PUBLICATIONS, continued:

Articles

56.   Vilke GM, Fisher R, Chan TC:  An evaluation of the risk for latex allergy in prehospital EMS providers.  J Emerg Med 2002;22(4):345-348.

57.   Vilke GM:  Food-dependent exercise-induced anaphylaxis.  Prehosp Emerg Care 2002; 6(3):348-350.

58.   Vilke GM, Snyder B:  High pressure paint spray gun injury.  J Emerg Med 2002;23(2): 203-204.

59.   Chew GS, Vilke GM, Davis DP, Chan TC:  Toomey[TM] syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation.  J Emerg Med 2002;23(4): 337-340.

60.   Vilke GM:  Aeromedical Emergencies:  Intro to the section. J Emerg Med 2002;23(1):49.

61.   Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(4):391-395.

62.   Vilke GM:  Great toe pain.  J Emerg Med 2003;24(1):59-60.

63.   Davis JM, Vilke GM:  An elderly patient with intussusception.  J Emerg Med 2003;24(2):221.

64.   Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Safety and effectiveness of methohexital for procedural sedation in the emergency department.  J Emerg Med 2003;24(3):315-318.

65.   Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV:  Impact of an after-hours on-call emergency physician on ambulance transports from a county jail.  Prehosp Emerg Care 2003; 7(3):327-331.

66.   Vilke GM, Chan TC, Neuman T:  Patient Restraint in EMS:  Prehosp Emerg Care 2003; 7(3):417.

67.   Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM:  The use of etomidate for prehospital rapid-sequence intubation.  Prehosp Emerg Care 2003;7(3):380-383.

68.   Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport.  Acad Emerg Med 2003; 10(8):893-896.

69.   Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB:  The Combitube as a salvage airway device for paramedic rapid sequence intubation.  Ann Emerg Med 2003;42(5):697-704.

70.   Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  Emerg Med J 2003;20:483-486.

PUBLICATIONS, continued:

Articles

71.  Vilke GM, Brown L, Skogland P, Simmons C, Guss DA: Approach to decreasing emergency department ambulance diversion hours. J Emerg Med 2004;26(2):189-192.

72.  Vilke GM, Smith AM, Chan TC: Leaving against medical advice after out-of-hospital naloxone: a closer look is needed. Acad Emerg Med 2004;11(3):323-324.

73.  Vilke GM, Harrigan RA, Ufberg JW, Chan TC: Emergency evaluation and treatment of priapism. J Emerg Med 2004;26(3):325-329.

74.  Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM: The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess. J Emerg Med 2004;26(3):285-291.

75.  Vilke GM, Harrigan RA, Ufberg JW: Technical Tips: Intro to the section. J Emerg Med 2004;26(3):323.

76.  Doney MK, Vilke GM: Large osteosarcoma not apparent on conventional radiography. J Emerg Med 2004;26(3):351-352.

76.  Chan TC, Ufberg J, Harrigan RA, Vilke GM: Nasal foreign body removal. J Emerg Med 2004;26(4):441-445.

77.  Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC: Airway obstruction in children aged less than 5 years: The prehospital experience. Prehosp Emerg Care 2004; 8(2):196-199.

78.  Vilke GM, Jin A, Davis DP, Chan TC: Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia. J Emerg Med 2004;27(1):7-9.

80.  Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB: Air medical transport of severely head-injured patients undergoing paramedic rapid sequence intubation. Air Medical Journal 2004;23(4):36-40.

81.  Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM: Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004;25(3):185-189.

82.  Ufberg JW, Vilke GM, Chan TC, Harrigan RA: Anterior shoulder dislocations: Beyond traction-countertraction. J Emerg Med 2004;27(3):301-306.

83.  Vilke, GM: San Diego County wildfires: Perspective of county officials. Disaster Manag Response 2004 Oct-Dec;2(4):99.

PUBLICATIONS, continued:

Articles

84.  Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC:
     Community trial to decrease ambulance diversion hours: The San Diego County patient
     destination trial.  Ann Emerg Med 2004;44(4):295-303.

85.  Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC:  9-1-1 responses for
     shopping cart and stroller injuries.  Pediatr Emerg Care 2004;20(10):660-663.

86.  Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC:  Evaluation of pediatric glucose
     monitoring and hypoglycemic therapy in the field.  Pediatr Emerg Care 2005;21(1):1-5.

87.  Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC,
     McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to
     ventricular fibrillation in a large, urban emergency medical services system.  Resuscitation
     2005;64(3):341-346.

88.  Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB:
     The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic
     brain injury.  J Trauma 2005;58(5):933-939.

89.  Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC:  The inadvertent administration of
     anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection.  Am J
     Emerg Med 2005;23(4):439-442.

90.  Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM:  The safety and
     efficacy of prehospital needle and tube thoracostomy by aeromedical personnel.  Prehosp
     Emerg Care 2005;9(2):191-197.

91.  Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB,
     Velky T, Hoyt DB:  The impact of aeromedical response to patients with moderate to severe
     traumatic brain injury.  Ann Emerg Med 2005;46(2):115-122.

92.  Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB:  The association
     between field glasgow coma scale score and outcome in patients undergoing paramedic rapid
     sequence intubation.  J Emerg Med 2005;29(4):391-397.

93.  Davis DP, Wiesner C, Chan TC, Vilke GM:  The efficacy of nebulized albuterol/ipratropium
     bromide versus albuterol alone in the prehospital treatment of suspected reactive airways
     disease.  Prehosp Emerg Care 2005;9(4):386-390.

94.  Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB,
     Velky T, Hoyt DB:  Traumatic brain injury outcomes in pre- and post-menopausal females
     versus age-matched males.  J Neurotrauma 2006;23(2):140-148.

PUBLICATIONS, continued:

Articles

95.   Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB:
      Early ventilation and outcome in patients with moderate to severe traumatic brain injury.
      Crit Care Med 2006;34(4):1202-1208.

96.   Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP: Impact of the San
      Diego Serial Inebriate Program on use of emergency medical resources. Ann Emerg Med
      2006;47(4):328-336.

97.   Vadeboncoeur T, Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM: The ability of
      paramedics to predict aspiration in patients undergoing prehospital rapid sequence intubation.
      J Emerg Med 2006;30(2):131-136.

98.   Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB:
      The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS calculations
      in moderate-to-severe traumatic brain injury. J Trauma 2006;60(5):985-990.

99.   Ramanujam P, Vilke GM: Prehospital management of the difficult airway. Clinical
      Foundations 2006;7-11.

100.  Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D,
      Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors.
      Prehosp Emerg Care 2006;10(4):457-462.

101.  Goldstein EH, Hradecky G, Vilke GM, Chan TC: Impact of a standardized protocol to address
      methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system.
      J Correctional Health Care 2006;12(3):181-188.

102.  Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW: Peripheral venous cutdown.
      J Emerg Med 2006;31(4):411-416.

103.  Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician.
      2006;4:11-13.

104.  Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC.
      Impact of the San Diego County firestorm on Emergency Medical Services. Prehosp Dis Med
      2006;21(5):353-358.

105.  Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM.
      Adult foreign body airway obstruction in the prehospital setting. Prehosp Emerg Care. 2007
      Jan-Mar;11(1):25-9.

106.  Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory
      and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci
      2007;52(1):171-175.

PUBLICATIONS, continued:

Articles

107. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors. Prehosp Emerg Care 2007;11(1):80-84.

108. Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county. J Forensic Sci. 2007;52(1):176-9.

109. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW. Temporary transvenous pacemaker placement in the Emergency Department. J Emerg Med 2007;32(1):105-111.

110. Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective. J Trauma. 2007 Feb;62(2):277-281.

111. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR. The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model. J Emerg Med 2007;32(4):405-414.

112. Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system. Resuscitation. 2007;74(1):44-51.

113. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115. Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116. Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR. The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram. Prehosp Emerg Care 2007;11(4):399-402.

117. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007:.50(5):569-75.

PUBLICATIONS, continued:

Articles

119. Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol. 2007;28(4):330-332.

120. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.Am J Emerg Med. 2008;26(1):1-4.

121. Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. J Emerg Med. 2008:34(3):283-5.

122. Sloane C, Vilke GM. Death by Tasercution Rare. *Emergency Medicine News*. 2008;30(3):7.

123. Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med. 2008;34(4):435-40.

124. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the emergency department. J Emerg Med. 2009 May;36(4):333-7. Epub 2008 Feb 14.

125. Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary Retention. J Emerg Med. 2008;35(2):193-8.

126. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127. Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2008 Feb 23; [Epub ahead of print]

128. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear. Ann Emerg Med. 2008 Jul;52(1):85-86.

129. Sloane CM, Vilke GM. Medical Aspects of Less-Lethal Weapons. Law Enforcement Executive Forum. 2008;8(4):81-94.

130. Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A. Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med Pathol. 2008;29:14-18.

131. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV. Prehospital transport time intervals for acute stroke patients. J Emerg Med. 2009 Jul;37(1):40-5. Epub 2008 Aug 23.

PUBLICATIONS, continued:

Articles

132. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman, L. Impact of an Internet-Based Emergency Department Appointment System to Access Primary Care at Safety Net Community Clinics. Ann Emerg Med 2008 Dec. [Epub ahead of print]

133. Vilke GM, Johnson WD 3rd, Castillo EM, Sloane C, Chan TC. Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices. Am J Forensic Med Pathol. 2009;Mar;30(1):23-5.

134. Firestone DN, Band RA, Hollander JE, Castillo E, Vilke GM. Use of a Urine Dipstick and Brief Clinical Questionnaire to Predict an Abnormal Serum Creatinine in the Emergency Department. Acad Emerg Med. 2009;16(8):699-703.

135. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic Effects of the TASER After Exercise. Acad Emerg Med. 2009;16(8):704-710.

136. Vilke GM, Wilson MP. Agitation: What every emergency physician should know. EM Reports. 2009 30(19):1-8.

137. Doney MK, Vilke GM. Case Report: Aortoenteric Fistula Presenting as Repeated Hematochezia. J Emerg Med. 2010 Jan 23. [Epub ahead of print]

138. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects.J Emerg Med. 2010 Jan 13. [Epub ahead of print]

139. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM.Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med. 2010; 17:545–552

140. Vilke GM, Chan TC. Evaluation and Management for Carotid Dissection in Patients Presenting after Choking or Strangulation. J Emerg Med. 2010 Apr 2. [Epub ahead of print]

141. Wilson, MP, MacDonald KS, Vilke GM, Feifel D. Potential complications of combining intramuscular olanzapine with benzodiazepines in emergency department patients. J Emerg Med. 2010 June 11. [Epub ahead of print]

142. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to Decrease Ambulance Diversion: The California Emergency Department Diversion Project. J Emerg Med. 2010 Apr 10. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

143. Hostler D, Thomas EG, Emerson SS, Christenson J, Stiell IG, Rittenberger JC, Gorman KR, Bigham BL, Callaway CW, Vilke GM, Beaudoin T, Cheskes S, Craig A, Davis DP, Reed A, Idris A, Nichol G; The Resuscitation Outcomes Consortium Investigators. Increased survival after EMS witnessed cardiac arrest. Observations from the Resuscitation Outcomes Consortium (ROC) Epistry-Cardiac arrest. Resuscitation. 2010 Jul;81(7):826-30. Epub 2010 Apr 18.

144. Macdonald K, Wilson MP, Minassian A, Vilke GM, Perez R, Cobb P, Tallian K, Becker O, Feifel D. A retrospective analysis of intramuscular haloperidol and intramuscular olanzapine in the treatment of agitation in drug- and alcohol-using patients. Gen Hosp Psychiatry. 2010 July - August;32(4):443-445. Epub 2010 Jun 12.

145. Schranz CI, Castillo EM, Vilke GM. The 2007 San Diego wildfire impact on the emergency department of the University of California, San Diego Hospital system. Prehosp Disaster Med. 2010 Sep-Oct;25(5):472-6.

146. Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. J Emerg Med 2011 Jan 8. [Epub ahead of print]

147. Vilke GM, Douglas DJ, Shipp H, Stepanski B, Smith A, Ray LU, Castillo EM. Pedatric poisonings in children younger than five years responded to by paramedics. J Emerg Med. 2011 Jan 5. [Epub ahead of print]

148. Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. 2011, accepted for publication.

149. Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine. 2011;14(6):765-70. Epub 2011 Mar 18.

150. Vilke GM. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forens and Legal Med. 2011:18(6):291. Epub 2011 April 28.

151. Wilson MP, Macdonald K, Vilke GM, Feifel D. A Comparison of the Safety of Olanzapine and Haloperidol in Combination with Benzodiazepines in Emergency Department Patients with Acute Agitation. J Emerg Med. [Epub 2011 May 19]

PUBLICATIONS, continued:

Articles

152. Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya MR, Wang HE, Morrison LJ, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirallo RG, Vilke GM, Sopko G, Weisfeldt M. Early versus Later Rhythm Analysis in Patients with Out-of-Hospital Cardiac Arrest. N Eng J Med 2011;365(9):787-97.

153. Wilson MP, Vilke GM, Ramanujam P, Itagaki MW. Emergency physicians research commonly encountered patient-oriented problems in the proportion with which they are encountered in the emergency department. Western J Emerg Med. In press.

154. Macdonald KS, Wilson MP, Minassian A, Vilke GM, Becker O, Tallian K, Cobb P, Perez R, Galangue B, Feifel D. A naturalistic study of intramuscular haloperidol versus intramuscular olanzapine for the management of acute agitation. J Clin Psychopharm. In press.

155. Vilke GM, Payne-James J, Karsch SB. Excited Delirium Syndrome (ExDS): Redefining an Old Diagnosis. J Forens Legal Med. In press.

PUBLICATIONS, continued:

Abstracts

1.    Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

2.    Moss ST, Vilke GM, Chan TC, Dunford JD:  Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

3.    Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

4.    Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

5.    Davis DP, Bramwell KJ, Vilke GM, Rosen P:  Cricothyrotomy technique: Standard technique versus the rapid four-step technique.  Acad Emerg Med 1997;4(5):488.

6.    Bramwell K, Vilke G, Davis D, Rosen P:  Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage.  Ann Emerg Med 1997;30(3):419.

7.    Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.    Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

9.    Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

10.   Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

11.   Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

12.   Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

13.   Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

PUBLICATIONS, continued:

Abstracts

14.   Chan TC, Vilke GM, Buchanan J, Anderson M: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. Prehospital Emerg Care 1998;2(3):223.

15.   Marino AT, Vilke GM, Chan TC, Buchanan J: Precision of prehospital diazepam dosing for children in status epilepticus. Prehospital Emerg Care 1998;2(3):232.

16.   Marino AT, Vilke GM, Chan TC, Buchanan J: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. Prehospital Emerg Care 1998;2(3):233.

17.   Vilke GM, Chan TC, Buchanan J, Dunford JV: Are opiate overdose deaths related to patient release after prehospital naloxone? Prehospital Emerg Care 1998;2(3):236.

18.   Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? Ann Emerg Med 1998;32(3)Part 2:S6.

19.   Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation. Ann Emerg Med 1998;32(3)Part 2:S13.

20.   Marino AT, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. Ann Emerg Med 1998;32(3)Part 2:S30.

21.   Marino AT, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures. Ann Emerg Med 1998;32(3)Part 2:S30.

22.   Davis D, Bramwell K, Hamilton R, Chan T, Vilke G: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23.   Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. Ann Emerg Med 1998; 32(3)Part 2:S50.

24.   Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25.   Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation? Ann Emerg Med 1998;32(3)Part 2:S51.

26.   Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

PUBLICATIONS, continued:

Abstracts

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does GCS score affect prehospital intubation success rates in trauma patients? J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA: Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15. J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. Prehospital Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. Prehospital Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. Prehospital Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models. Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC: Lidocaine administration through an esophageally placed Combitube in a canine model. Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC: Knowledge of prescribed medications by emergency department patients. Acad Emerg Med 1999;6(5):539.

37. Davis D, Marino A, Vilke G, Dunford J, Videen J: Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon. Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38. Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. Prehosp Emerg Care 2000;4(1):90.

39. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. Prehosp Emerg Care 2000; 4(1):92.

PUBLICATIONS, continued:

Abstracts

40.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Comparison of respiratory function in
the prone maximal restraint position with and without additional weight force on the back.
Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41.  Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J: Effect of oleoresin capsicum.
Acad Emerg Med 2000;7(5):471.

42.  Vilke GM, Marino A, Chan TC: Survey of paramedics for latex allergy risk factors.
Acad Emerg Med 2000;7(5):483.

43.  Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Suprasternal versus cricothyroid ultrasound
probe position in the confirmation of endotracheal tube placement by bedside ultrasound.
Acad Emerg Med 2000;7(5):526.

44.  Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Use of new air absorbing ultrasound
contrast in the confirmation of endotracheal tube placement by bedside ultrasound. Acad
Emerg Med 2000;7(5):526.

45.  Wold RM, Davis DP, Patel R, Chan TC, Vilke GM: Original clinical decision guideline to
identify patients with spinal epidural abscess. Acad Emerg Med 2000;7(5):574-575.

46.  Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR: Confirming endotracheal intubation using
ultrasound. Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47.  Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of
nitroglycerine on EKG findings in patients with chest pain. J Emerg Med 2001;20(3):321.

48.  Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF: Does
oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human
subjects? Acad Emerg Med 2001;8(5):442.

49.  Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV: Effect of a multi-
disciplinary community homeless outreach team on emergency department visits by homeless
alcoholics. Acad Emerg Med 2001;8(5):486.

50.  Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV: The use of the Combitube as a salvage
airway device for paramedic rapid-sequence intubation. Acad Emerg Med 2001;8(5):500.

51.  Vilke GM, Simmons C, Brown L, Skogland P, Guss DA: Approach to decreasing emergency
department ambulance diversion hours. Acad Emerg Med 2001;8(5):526.

PUBLICATIONS, continued:

Abstracts

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file). Inter-university Consortium for Political and Social Research (distributor), 2001.

53. Cardall TY, Glasser JL, Davis D, Vilke GM: Cricothyrotomy training in emergency medicine residencies. Ann Emerg Med 2001;38(4):S9.

54. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J: Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals. Ann Emerg Med 2001;38(4):S33.

55. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation. Prehosp Emerg Care 2002;6(1):144.

56. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM: Impact of an on-call physician on emergency 911 transports from a county jail. Prehosp Emerg Care 2002;6(1):162.

57. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC: Follow-up of elderly patients who refuse transport after accessing 9-1-1. Prehosp Emerg Care 2002;6(1):164.

58. Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. Prehosp Emerg Care 2002;6(1):165.

59. Jin AS, Chan T, Davis D, Vilke G: Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia. Acad Emerg Med 2002;9(5):381-382.

60. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J: Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments. Acad Emerg Med 2002;9(5):389.

61. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM: Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED? Acad Emerg Med 2002;9(5):407.

62. Glasser JL, Cardall TY, Podboy M, Vilke GM: Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider. Acad Emerg Med 2002;9(5):422-423.

63. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM: Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department? Ann Emerg Med 2002;40(4):S7-S8.

PUBLICATIONS, continued:

Abstracts

64.   Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G: The clinical presentation and outcome of emergency department patients with spinal epidural abscess. Ann Emerg Med 2002;40(4): S103.

65.   Vilke GM, Loh A: A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions. Prehosp Emerg Med 2003;7(1):171.

66.   Buono C, Vilke GM, Schwartz B, Brown L, Swabb C: Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice. Prehosp Emerg Med 2003;7(1):172.

67.   Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport. Prehosp Emerg Med 2003;7(1):190.

68.   Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: prospective countywide trial to decrease ambulance diversion hours. Acad Emerg Med 2003;10(5):465.

69.   Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM: The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain. Acad Emerg Med 2003;10(5):569.

70.   Chan TC, Kelso D, Dunford JV, Vilke GM: Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department? Acad Emerg Med 2003;10(5):515.

71.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003;42(4):S6.

72.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. Ann Emerg Med 2003;42(4):S2.

73.   Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM: Does weight force during physical restraint cause respiratory compromise? Ann Emerg Med 2003;42(4):S17.

74.   Davis D, Grossman K, Vilke G, Kiggins D, Chan TC: Inadvertent anticoagulation of emergency department patients with aortic dissection. Ann Emerg Med 2003;42(4):S99.

75.   Vilke GM, Wiesner C, Davis DP, Chan TC: The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease. Prehosp Emerg Care 2004; 8(1):112.

PUBLICATIONS, continued:

Abstracts

76. Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB: The predictive value of paramedic assessment of aspiration in patients undergoing RSI. Prehosp Emerg Care 2004; 8(1):88-89.

77. Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. Prehosp Emerg Care 2004;8(1):84.

78. Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA: Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay. Acad Emerg Med 2004;11(5):485.

79. Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB: The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation. Acad Emerg Med 2004;11(5):492.

80. Patel RJ, Davis D, Vilke GM, Chan TC: Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy. Acad Emerg Med 2004;11(5):522.

81. Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Acad Emerg Med 2004;11(5):604.

82. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Cricothyrotomies by air medical providers in 2853 patient intubations. Air Med J 2004;23(5):33.

83. Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D: The efficacy of air medical response to patients with moderate to severe traumatic brain injury. Air Med J 2004;23(5):31.

84. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting. Air Med J 2004;23(5):30.

85. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients. Air Med J 2004; 23(5):30.

86. Metz M, Marcotte A, Vilke GM: The effect of decreasing ambulance diversion hours on ed interfacility transfers. J Emerg Nurs 2004;30(5):411.

87. Metz M, Murrin P, Vilke GM: Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial. J Emerg Nurs 2004;30(5):410.

PUBLICATIONS, continued:

Abstracts

88.  Metz M, Murrin P, Vilke GM:  The three-phase EMS cardiac arrest model for ventricular
     fibrillation. J Emerg Nurs 2004;30(5):405.

89.  Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC:  Impact of a new
     booster seat law.  Ann Emerg Med 2004;44(4):S39-S40.

90.  Vilke GM, Marcotte A, Metz M, Upledger Ray L:  Pain management in the out-of-hospital
     setting.  Ann Emerg Med 2004;44(4):S63.

91.  Vilke GM, Murrin PA, Marcotte A, Upledger RL:  Impact of the San Diego County firestorm
     on emergency medical services.  Ann Emerg Med 2004;44(4):S102-S103.

92.  Davis DP, Pettit K, Poste JC, Vilke GM:  The efficacy of out-of-hospital needle and tube
     thoracostomy in major trauma victims.  Ann Emerg Med 2004;44(4):S103.

93.  Buono CJ, Davis DP, Vilke GM, Stepanski B.  Esophageal Intubation in an EMS system: a
     six-year experience.  Prehosp Emerg Care 2005; 9(1):113.

94.  Dunford JV, Vilke GM, Chan TC.  Utilization of EMS and hospital resources by serial
     inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95.  Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB.  The predictive value of field
     and arrival Glasgow coma score in moderate-to-severe brain injury.  Prehosp Emerg Care
     2005; 9(1):124.

96.  Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra
     R.  Evaluation of paramedic field triage of injured patients to trauma centers and emergency
     departments.  Prehosp Emerg Care 2005; 9(1):125.

97.  Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H.  Paramedic
     self-reported medication errors in an anonymous survey.  Prehosp Emerg Care 2005; 9(1):127.

98.  Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-
     Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to
     evaluate for pulmonary embolism.  Acad Emerg Med 2005;12(5):41.

99.  Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during
     physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5):16.

100. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects
     exposed to the Taser.  Acad Emerg Med 2005;12(5):71.

PUBLICATIONS, continued:

Abstracts

101. Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB. The impact of hyper- and hypoventilation on outcome in traumatic brain injury. Acad Emerg Med 2005;12(5):138-139.

102. Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J: The potential safety of designated cardiac arrest receiving facilities. Ann Emerg Med 2005;46(3):S17.

103. Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA: Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department. Ann Emerg Med 2005;46(3):S107-S108.

104. Lev R, Vilke G, Dunford J: San Diego Regional STEMI Summit. San Diego Physician. 2005;4:11-13.

105. Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G: The natural history of pediatric patients meeting criteria for paramedic intraosseous catheter insertion. Prehosp Emerg Care 2006;10(1):110.

106. Davis D, Ramanujam P, Buono C, Vilke G: The sensitivity of capnometry to detect endotracheal intubation: Where should we draw the line? Prehosp Emerg Care 2006; 10(1):118.

107. Levine S, Sloane C, Chan T, Dunford J, Vilke G: Cardiac monitoring of subjects exposed to the Taser. Prehosp Emerg Care 2006;10(1):130.

108. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J: Cardiac monitoring of human subjects exposed to the taser. Acad Emerg Med 2006;13(5 Supp 1):S47.

109. Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC: Evaluation of deaths associated with choking. Acad Emerg Med 2006;13(5 Supp 1):S49.

110. Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F: Does physical restraint impact metabolic oxygen consumption during exertion? Acad Emerg Med 2006; 13(5 Supp 1):S46.

111. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV: Decrease of health care service utilization among chronic public inebriates. Acad Emerg Med 2006;13 (5 Supp 1):S105-106.

112. Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC: Evaluation of in-custody deaths proximal to use of conductive energy devices. Ann Emerg Med 2006;48(4 Supp 1):S23-S24.

PUBLICATIONS, continued:

Abstracts

113.  Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM: Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED. Ann Emerg Med 2006;48 (4 Supp 1):S59-S60.

114.  Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L: Wireless computerized rapid triage in the field: How well does technology perform during mass casualty incidents and disaster events? Ann Emerg Med 2006;48(4 Supp 1):S69.

115.  Davis D, Salazar A, Vilke G, Chan T: The utility of a novel decision rule to diagnose spinal epidural abscess in ED patients with back pain. Ann Emerg Med 2006;48(4 Supp 1):S66.

116.  Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC: San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up. Ann Emerg Med 2006;48(4 Supp 1):S90.

117.  Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D: The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG. Prehosp Emerg Care 2006;10(1):116.

118.  Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM. Impact of a state booster seat law on compliance in pediatric traffic crash victims. Ann Emerg Med 2006; 48(4 Supp 1):S56.

119.  Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120.  Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121.  Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122.  Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123.  Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124.   Sloane C, Vilke G, Chan T, Levine S, Dunford J.  Serum troponin I measurement of subjects exposed to the taser x-26.  Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

PUBLICATIONS, continued:

Abstracts

125.   Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126.   Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM.  Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients?  Ann Emerg Med 2007; 50(3):S24.

127.   Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128.   Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129.   Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130.   Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131.   Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132.   Vilke GM, Chan TC, Killeen JP, Castillo EM.  Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133.   Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise.  Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

134.   Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding. Ann Emerg Med 2008; 52(4):S44.

135.   Davis D, Fong T, Lawrence B, Vilke GM. Psychosocial variables influence the decision to call 9-1-1 in emergency department patients with abdominal pain. Ann Emerg Med 2008;

52(4):S71.

PUBLICATIONS, continued:

Abstracts

136.    Bizek G, Castillo EM, Vilke GM, Chan TC. Characteristics and rates of rewarming of
        emergency department patients with moderate to severe accidental hypothermia. Ann Emerg
        Med 2008; 52(4):S105-6.

137.    Ramanujam P, Castillo EM, Patel E, Vilke GM, Wilson M, Dunford J. Pre hospital
        transport time intervals for acute stroke patients. Ann Emerg Med 2008; 52(4):S154.

138.    Vilke GM, Killen J,P, Chan TC, Crumpacker J, Castillo EM. Risk factors and
        characteristics of falls among emergency department elderly patients. Ann Emerg Med
        2008; 52(4):S160.

139.    Marsan R, Castillo EM, Chan TC, Stepanski B, Vilke GM: Comparison of prehospital
        retrospective chart review to prospectively obtained data. Acad Emerg Med
        2009;16(4)Suppl 1: S85-S86.

140.    Killeen D, Killeen J, Castillo EM, Chan TC, Vilke GM: Emergency department patient
        evaluation of internet and email access for healthcare information. Acad Emerg Med
        2009;16(4)Suppl 1: S132-S133.

141.    Sloane CM, Chan TC, Kohlkorst F, Castillo EM, Neuman T, Vilke GM: Can a restraint
        chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009;16(4)Suppl 1:
        S137.

142.    Castillo, EM, Vilke GM, Killeen J, Guss DA, Marshall J, Chan TC: Impact of mandated
        nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009;16(4)Suppl 1: S157-
        S158.

143.    Slattery D, Pierson B, Stanley K, Vilke GM: Bridging the training gap in cardiac arrest:
        identification of cardiac arrest decision-making deficits in lay rescuers. Acad Emerg Med
        2009;16(4)Suppl 1: S182.

144.    Slattery D, Stanley K, Vilke GM, Pierson B: non-medical responders are not accurate at
        identifying agonal respirations? Acad Emerg Med 2009;16(4)Suppl 1: S182.

145.    Castillo EM, Vilke GM, Killeen J, Guss DA, Feinberg R, Friedman L, Chan TC: Factors
        associated with community clinic follow-up from an ED internet-based referral system.
        Acad Emerg Med 2009;16(4)Suppl 1: S247-S248.

146.    Marmon J, Castillo EM, Vilke GM, Killeen J, Chan TC: The effect of admitting team
        resident turnover on emergency department patient flow. Acad Emerg Med 2009;16(4)Suppl
        1: S257-S258.

PUBLICATIONS, continued:

Abstracts

147.   Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. Ann Emerg Med 2009; 54(3):S79.

148.   Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. Ann Emerg Med 2009; 54(3):S86.

149.   Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. Ann Emerg Med 2009; 54(3):S97.

150.   Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. Ann Emerg Med 2009; 54(3):S121.

151.   Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors Associated With Injuries Among Subjects and Deputies During Law Enforcement Use of Force Events. Ann Emerg Med 2010; 56(3):S138.

152.   Wilson MP, MacDonald KS, Vilke GM, Feifel D. Potential Complications of Olanzapine Benzodiazepines Compared to Haloperidol Benzodiazepines In Emergency Department Patients. Ann Emerg Med 2010; 56(3):S155.

153.   Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of Mandated Nurse-Patient Ratios on Emergency Department Discharge Time. Ann Emerg Med 2010; 56(3):S182.

154.   Chan TC, Castillo EM, Humber DM, Killeen JP. Frequency of Pharmacy Interventions and Emergency Overrides Following Implementation of Electronic Pharmacy Review In the Emergency Department. Ann Emerg Med 2010; 56(3):S343.

155.   Chan TC, Castillo EM, Vilke GM, Killeen JP. Do Computerized Medication Alerts Change Medication Orders In the Emergency Department. Ann Emerg Med 2010; 56(3):S372.

ORAL PRESENTATIONS AT NATIONAL MEETINGS:

1.  Chan TC, Buchanan J, Anderson M, Vilke GM: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2.  Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? ACEP Research Forum, San Diego, California; October 1998.

3.  Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR: The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation. ACEP Research Forum, San Diego, California; October 1998.

4.  Vilke GM, Chan TC, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

5.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

6.  Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. NAEMSP Annual Meeting, Dana Point, California; January 2000.

7.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. NAEMSP Annual Meeting, Dana Point, California; January 2000.

8.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Effect of weight placed on the back of subjects in the hobble restraint position. American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9.  Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV: Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients. State of California EMS Authority EMS for Children Annual Conference, San Diego, California; November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain. American Academy of Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

12.  Vilke GM, Steen PJ, Smith AM, Chan TC: Pediatric intubation by paramedics: The San Diego County experience. SAEM Western Regional Research Forum, Irvine, California; March 2001.

13.  Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM: The use of the Combitube as a salvage airway device for paramedic RSI. SAEM Western Regional Research Forum, Irvine, California; March 2001.

14.  Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15.  Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

16.  Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid sequence induction. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

17.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

18.  Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Annual Meeting, Boston, Massachusetts, May 2003.

19.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. American College of Emergency Physicians Research Forum, Boston, Massachusetts; October 2003.

20.  Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. NAEMSP National Conference, Tucson, Arizona; January 2004.

21.  Marcelyn Metz, Patricia Murrin, Gary M. Vilke: The three-phase EMS cardiac arrest model for ventricular fibrillation. ENA Annual Meeting; San Diego, California; October 2004.

22.  Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO; June 2006. [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

SELECTED SPEAKING ENGAGEMENTS:

1. "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2. "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3. "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4. "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5. "Multi-Casualty Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6. "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7. "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8. "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9. "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10. "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11. "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12. "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13. "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14. "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15. "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

SELECTED SPEAKING ENGAGEMENTS, continued:

16.  "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting;
     October 2001.

17.  "Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn;
     October 2001.

18.  "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College
     Graduation; November 2001.

19.  "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team
     Training; November 2001.

20.  "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21.  "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22.  "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23.  "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24.  "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in
     Internal Medicine, San Diego, California; March 2002.

25.  "Bioterrorism:  Implications for the Legal and Domestic Community" -- Thomas Jefferson
     School of Law, San Diego, California; April 2002.

26.  "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference;
     San Diego, California; November 2002.

27.  "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic
     College Graduation; San Diego, California; December 2002.

28.  "Medical Group Preparedness: How would you Respond to a Possible Victim of
     Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California;
     January 2003.

29.  "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine;
     Park City, Utah; January 2003.

30.  "Academic Emergency Medicine and Research Opportunities" -- San Diego Health
     Information Association, San Diego, California; February 11, 2003.

32.  "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan
     Medical Strike Team Training; San Diego, California; August 2003.

SELECTED SPEAKING ENGAGEMENTS, continued:

33.   "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association,
      California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34.   "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series,
      La Jolla, California; October 2003.

35.   "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego,
      California; July 2004.

36.   "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego
      Organization of Healthcare Leaders, San Diego, California; August 2004.

36.   "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37.   "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National
      Association Annual meeting, San Diego, California; October 2004.

38.   "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego,
      California; October 2004.

39.   "Making the Metropolitan Medical Response System Work for You" -- Emergency Response
      2004 Conference, San Diego, California; November 2004.

40.   "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" --
      Urgent Matters Briefing, San Diego, California; November 2004.

41.   "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" --
      San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42.   "Emergency Response Management for Efficiency of Care and Fiscal Consideration" --
      American Correctional Health Services Association, Oakland, California; April 2, 2005.

43.   "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research
      Forum, Houston, Texas; October 18, 2005.

44.   "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical
      Issues in Policing Series, Police Executive Research Forum, San Diego, California;
      December 8, 2005.

45.   "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law
      Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities
      EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46.   "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths
      by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

SELECTED SPEAKING ENGAGEMENTS, continued:

47. "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48. "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma Meeting, Carmel, California; August 3, 2006.

49. "Use of Force: Sudden Death Myths and Excited Delirium" -- The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington, DC; September 10, 2006.

50. "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; September 2006.

51. "Conductive Energy Devices: The medical aspects of Taser Electronic Control Devices (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16-17, 2006.

52. "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; January 9, 2007.

53. "The Medical Implications of Tasers and the Impact on EMS " – National Association of EMS Physicians National Conference. Naples, FL; January 12, 2007.

54. "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's Association. Ontario, CA; February 7, 2007.

55. "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

56. "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

57. "Excited Delirium" -- American Correctional Health Services Association, Oakland, California; September 19, 2007.

58. "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; September 27, 2007.

59. "The clinical impacts of TASER and other Conductive Energy Devices on Humans: A Review of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 28-30, 2007.

SELECTED SPEAKING ENGAGEMENTS, continued:

60.  "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January
     17, 2008.

61.  "Excited Delirium: What is it? Why does it kill? What do we need to know about it? Western
     States Winter Conference on Emergency Medicine. Park City, Utah, February 8, 2008.

62.  "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63.  "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter. San Diego,
     California; April 18, 2008.

64.  "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why
     People Die Afterwards" -- American Correctional Health Services Association, San Diego,
     California; September 17, 2008.

65.  "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive
     Medicine Residency Lecture Series, La Jolla, California; October 2008.

66.  "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" –
     Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the
     Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; October 29, 2008.

67.  "Agitated Delirium – Role of Illicit Drug Use in Sudden Restraint Death" Western Medical
     Toxicology Fellowship Conference. San Diego, California; April 29, 2009.

68.  "Conducted Energy Devices:  Are They Safe Options?" Excited Delirium Conference by the
     Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; May
     26, 2009.

69.  "The Physiologic Effects of the Taser on Humans" UCSD Biomedical and Clinical Research
     Seminars. San Diego, California; June 2, 2009.

70.  "The Taser-Plastic Surgery Interface" UCSD Department of Plastic Surgery Grand Rounds.
     San Diego, California; June 17, 2009.

71.  "ECD Research Update and Safety Issues" – Sudden Death, Excited Delirium and In-Custody
     Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas,
     Nevada; November 12, 2009.

72.  "Use of the Restraint Chair and Positional Asphyxia" – Southern California Jail Manager's
     Association.  Temecula, California; January 21, 2010.

73.  "Excited Delirium Challenges and Best ER Practices" Excited Delirium Conference by the
     Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; April
     19, 2010.

SELECTED SPEAKING ENGAGEMENTS, continued:

74. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds Scripps Encinitas Hospital. Encinitas, California; July 15, 2010.

75. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds University Medical Center. Las Vegas Nevada; August 10, 2010.

76. "Review of ECD Research and Reported Cardiac Capture" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 17, 2010.

77. "The Science Behind the American Heart Association ACLS Guidelines" – Puerto Vallarta ACLS Resuscitation Conference. Puerto Vallarta, Mexico February 18, 2011.

## Appendix B

## List of all cases in which testified as an expert in trial or deposition within the preceding four years

### Deposition Testimony

January 8, 2008
Charles Reynolds & Melissa Trujillo, et al v. Cibola General Hospital and Robert Lutes
U.S. District Court, Second Judicial, County of Bernalillo, NM, Albuquerque, NM
Case# CV 2006-07586
Attorney: Josh Conaway
Defense: Viral Myocarditis

April 28, 2008
Dennis P. Murphy & William B. Crumpton, deceased plaintiff, v Laura Kay, et al.
U.S. District Court, First Judicial, Santa Fe County, NM, Santa Fe, NM
Case# CV 2007- 00307
Attorney: Bill Slease, James Riley, Jerry Walz
Defense: Jail death post release w/PE

September 10, 2008
Wanda Mitchell, v. County of Riverside, et al
U. S. District Court, Central District of California, Riverside County, Riverside, CA
Case#CV07-00419
Attorney: Arthur Cunningham
Defense: In custody death

September 14, 2008
Bud Lee & Patrick Lee v Nashville, et al
U.S. District Court, Central District of Tennessee, Nashville Div, Nashville, TN
Case# 3:06-CV-00108
Attorney: John Brown and Keli Oliver
Defense: Taser death

November 25, 2008
Rosa Montes Ramos et al vs. Omar Lucio, et al
U.S. District Court, Southern District of Texas, McAllen Division, San Antonio, TX
Case# M 08-112
Attorney: Albert Lopez
Defense: Restraint death

January 23, 2009
Rachel Berenson & David Allen White v Charles White, Lovelace Health System, et al
U.S. District Court, Second Judicial, County of Bernalillo, NM, Albuquerque, NM
Case# CV2006-07586
Attorney: Deb Moulton
Defense: ER evaluation of NAT

- 65 -

January 28, 2009
Lisa Errico vs. St. Vincent Hospital, a New Mexico Corporation, Link Services, et al.
U.S. District Court, First Judicial, Santa Fe County, NM, Albuquerque, NM
Case# D-0101-CV-2007-02119
Attorney: Jerry Walz
Defense: Not responding to page in timely manner


July 13, 2009
Evelyn Rosa and Robert Rosa v City of Seaside, et al
U.S. District Court, Northern District of California; Seaside, CA
Case# C 05-03577 JF
Attorney: Missy O'Linn
Defense: TASER Death


July 23, 2009
Joanne Thomas et al, v Walgreen Company, et al
Superior Court for the State of Washington and the County of King, Seattle, WA
Case#08-2-1-17665-7SEA
Attorney: Roy Umlauf
Defense: In custody death


October 30, 2009
Robert Perez v. City of Albuquerque et al
U.S. District Court, Second Judicial, County of Bernalillo, NM, Albuquerque, NM
Attorney: Debbie Wells
Case# CV-200812264
Defense: Jail medical care issues


November, 5, 2009
Cherrie Lynn Huber & Royce Huber v. Comanche County Hospital
U.S. District Court, State of Oklahoma, Comanche County, Lawton, OK
Case#CJ-2008-757
Attorney:  David Donchin
Plaintiff: Epiglottitis


January 6, 2010
Matthew Fleuret v County of Orange et al
U.S. District Court, Central District of California Southern Div, Orange Co, CA
Case#SACV07-803 AG (ANx)
Attorney: William Haluch
Defense: TASER and restraint chair injuries


January 20, 2010
David Butler v Taser, et al
Superior Court of California, County of Santa Cruz, Santa Cruz, CA
Case# CV 161436
Attorney: Missy O'Linn
Defense: TASER hypoxic injury

May 6, 2010
Martinique Stoudemire v Michigan Department of Corrections, et al
U.S. District Court for the Eastern District of Michigan Southern Division, Lansing, MI
Case#07-15387
Attorney: Cliff Schneider
Defense: Lupus care at prison

July 27, 2010
Estate of Gary Baroldy v Portable Practical Educational Preparation, Inc. et al.
Superior Court of Arizona, County of Maricopa, Wilcox, AZ
Case# CV 2008-014211
Attorney: Nathan Metzger
Defense: Choking death

August 4, 2010
Zubia v Romero et al
U.S. District Court, District of New Mexico, Albuquerque, NM
Case#CV-09-1073
Attorney: Debbie Wells
Defense: Back pain from arrest

August 31, 2010
Prado v State of Arizona, et al
Maricopa County Superior Court, Prescott, AZ
Case# CV 2008-o21561
Attorney: Mike Gaughan
Defense: Choking death

December 10, 2010
Stacy Brown v Pottawatomie County
NOI, Oklahoma City , OK
Case# CIV-09-1037-D
Attorney: Mickey Walsh
Plaintiff: Jail medical care

January 11, 2011
Turner v TASER
U.S. District Court, Western District of North Carolina, Charlotte Division, Charlotte, NC
Case# 3:10-CV-125
Attorney: John Maley
Defense: TASER death

February 4, 2011
Tony Nelson v City of Albuquerque
U.S. District Court, District of New Mexico, Albuquerque, NM
Case#CV-10-553 BB/DJS
Attorney: Stephanie Griffin
Defense: Use of force injuries including TASER

March 18, 2011

Nash v City of San Bernardino
U.S. District Court, Central District of California
Case# CV 09-08671-RGK
Attorney: Martin Li
Defense In-custody death, TASER, compression asphyxia, excited delirium

April 20, 2011
Bessie Johnson v Executive Protection Agency, et al
U.S. District Court, Southern District of California, Western Division
Case# 07-CV-0570 JAH
Attorney: Doug Munro
Defense In-custody death, choke hold, compression asphyxia

June 15, 2011
Rany Rich et al v TASER, Int et al
U.S. District Court , District of Nevada
Case# 20:09-v-02450-ECR-RJJ
Attorney: John Maley
Defense In-custody death, TASER

## Trial Testimony

November 4, 2008
Wanda Mitchell, v. County of Riverside, et al
U. S. District Court, Central District of California, Riverside County, Riverside, CA
Case#CV07-00419
Attorney: Arthur Cunningham
Defense: In custody death, restraint and neck hold

May 14, 2009
Bud Lee & Patrick Lee v Nashville, et al
U.S. District Court, Central District of Tennessee, Nashville Div, Nashville, TN
Case# 3:06-CV-00108
Attorney: John Brown and Keli Oliver
Defense: TASER death

December 3, 2009
Jason White v. A.J. Sadler, J.B Yara, David Hinson, and City of Albuquerque
U.S. District Court, District of New Mexico, Albuquerque, NM
Case#07CV 491WPJ/DJS
Attorney: Stephanie Griffin
Defense: TASER injury

May 4, 2010
Cotton v. County of Santa Barbara et al.
U.S. District Court, Northern District California, Santa Barbara, CA
Case# 03-7652 ABC (RZx)
Attorney: Kelly Scott

Defense: In custody death, restraint

February 9, 2011
Estate of Gary Baroldy v Portable Practical Educational Preparation, Inc. et al.
Superior Court of Arizona, County of Maricopa, Wilcox, AZ
Case# CV 2008-014211
Attorney: Nathan Metzger
Defense: Choking death

March 30, 2011
Coronial Inquest into the death in custody of Antonio Carmelo Galeano: Brandon Australia
State Court in Brisbane, Australia
Attorney: Ian Hughes
Expert: TASER death

April 7, 2011
Nash v City of San Bernardino
U.S. District Court, Central District of California, Western Division
Case# CV 09-08671-RGK
Attorney: Martin Li
Defense In-custody death, TASER, compression, excited delirium

July 18, 2011
Turner v TASER
U.S. District Court, Western District of North Carolina, Charlotte Division, Charlotte, NC
Case# 3:10-CV-125
Attorney: John Maley
Defense: TASER death

September 24, 2011
People of the County of San Diego v Sanchez
Superior Court, San Diego County
Attorney: Hector Jimenez
Prosecution: Murder case, excited delirium

October 27, 2011
Tony Nelson v City of Albuquerque
U.S. District Court, District of New Mexico, Albuquerque, NM
Case#CV-10-553 BB/DJS
Attorney: Stephanie Griffin
Defense: Use of force injuries including TASER, police dog and bean bags

## Appendix C

### Gary Michael Vilke, MD, FACEP, FAAEM
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

### Fee Schedule

FEE SCHEDULE
For review, research, report writing and discussion of case materials: 450.00/ hour
A retainer of up to 3 hours may be requested in advance.

For deposition and trial testimony: 500.00/hour
Deposition and trial testimony will be billed at a half day (4 hour) minimum.
Deposition preparation time will be billed at the standard 450.00/hour rate.

TRAVEL
*If travel out of county (defined as more than 100 miles) for deposition or trial is required:*

> Business class airline tickets to and from to be arranged and paid for by the requesting
> firm/agency.

> Hotel accommodations to be arranged and paid for by the requesting firm/agency.

> Transportation to and from the airport in the host city will be arranged and be paid for by the
> requesting firm/agency.

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time
starts at departure from home until arrival in host city, and from departure from host city until
arrival home.

*If travel is within the county (defined as less than 100 miles) for deposition or trial is required:*

Time for travel will be billed at the standard review rate up to 2 hours each direction. The time
starts at departure from home until arrival at the depo/trial site, and from departure until arrival
home.

If an additional day (non-travel, non-trial or deposition) is required out of town, billing will be for 4
hours at the standard review rate for that day.