LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE KRECHMAN, individually and as successor-in-interest to Robert Albert Appel; and SHELDON KRECHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; DEPUTY R. GARCIA; DEPUTY M. ALFARO; DEPUTY S. DUSEK; DEPUTY E. CHACON, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-08705 ODW (DTBx)<br><br>*Before the Honorable Otis D. Wright*<br><br>**DECLARATION OF DALE K. GALIPO IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO LIMIT THE TESTIMONY OF DEFENSE EXPERT VILKE**<br><br>PTC: December 19, 2011 at 2:30 p.m.<br><br>Trial: January 3, 2012 at 9:00 a.m, |

## **DECLARATION OF DALE K. GALIPO**

I, Dale K. Galipo, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts within the State of California and represent the Plaintiffs in the above-captioned action.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. I am filing this Declaration in support of Plaintiffs' Motion In Limine No. 2.

4. Attached hereto as **Exhibit "A"** is a true and correct copy of the Rule 26 Report of Defendant's Retained Expert Gary Vilke, M.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 5. 2011

By_____/s/ Dale K. Galipo_____
Dale K. Galipo
*Attorneys for Plaintiffs*