LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118
E-Mail:     dalekgalipo@yahoo.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE KRECHMAN, Individually, and as successor-in-interest to Robert Albert Appel; and SHELDON KRECHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; DEPUTY R. GARCIA; DEPUTY M. ALFARO; DEPUTY S. DUSEK; DEPUTY E. CHACON, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 10- 08705 ODW (DTBx)<br><br>**PLAINTIFFS' PROPOSED STATEMENT OF THE CASE**<br><br>**Final PTC:**<br>Date:       12/21/2011<br>Time:       2:30 PM<br><br>**Jury Trial:**<br>Date:       1/3/2012<br>Time:       9:00 AM |

After meeting and conferring, the parties have been unable to reach agreement regarding a joint statement of the case. Plaintiffs hereby respectfully submit their proposed statement of the case:

<u>Plaintiffs' Proposed Statement of the Case</u>

This case involves the death of Robert Appel on May 15, 2010, while in the custody of Riverside County Sheriff's deputies. The plaintiffs are the Robert Appel's mother, Carole Krechman, and the Robert Appel's stepfather, Sheldon Krechman. The defendants are the County of Riverside and four deputies who were involved with Mr. Appel - Investigator Martin Alfaro, Investigator Sean Dusek, Investigator Robert Garcia and Deputy Edward Chacon.  The plaintiffs claim that the deputies acted negligently toward Mr. Appel, unlawfully detained Mr. Appel, used excessive force against him, and acted unreasonably with regard to his medical needs, all in violation of the Mr. Appel's and the plaintiffs' constitutional rights.  Plaintiffs also claim that the County of Riverside is also liable for its role in causing these alleged constitutional deprivations.  Plaintiffs seek compensation from the defendants for their losses and those of Mr. Appel.  Plaintiff has the burden of proving these claims.

Defendants contend that there was probable cause to detain Mr. Appel, and that the deputies acted in a reasonably prudent manner and used appropriate force given the circumstances which confronted them.  Defendants contend that Robert Appel's death was not caused by the actions of the deputies and that the deputies responded appropriately to Robert Appel's medical needs.  Defendants deny all of Plaintiffs' allegations regarding the liability of the County of Riverside and contest the nature and extent of Plaintiffs' claimed damages.

DATED:  December 16, 2011              LAW OFFICE OF DALE K. GALIPO

                                                    */s/ Dale K. Galipo*
                                                  DALE K. GALIPO
                                                  Attorneys for Plaintiffs