**Bruce E. Disenhouse (SBN 078760)**
BDisenhouse@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

Attorneys for COUNTY OF RIVERSIDE, on behalf of itself and as erroneously sued as The Riverside County Sheriff's Department; DEPUTY ROBERT GARCIA; DEPUTY MARTIN ALFARO; DEPUTY SEAN DUSEK; and DEPUTY EDWARD CHACON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE KRECHMAN, Individually, and as successor-in-interest to Robert Albert Appel; and SHELDON KRECHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; DEPUTY R. GARCIA; DEPUTY M. ALFARO; DEPUTY S. DUSEK; DEPUTY E. CHACON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV10-08705 ODW(DTBx)<br><br>**DEFENDANTS' [PROPOSED] STATEMENT OF THE CASE**<br><br>PTC: December 19, 2011<br>TRIAL: January 3, 2012 |

Pursuant to this Court's Scheduling Order, Defendants, COUNTY OF RIVERSIDE; DEPUTY ROBERT GARCIA; DEPUTY MARTIN ALFARO; DEPUTY SEAN DUSEK; and DEPUTY EDWARD CHACON (hereinafter referred to as "DEFENDANTS"), submit the following [Proposed] Statement of the Case.

This case involves the death of Robert Appel on May 15, 2010, after his contact with Riverside County Sheriff's deputies. The Plaintiffs, CAROLE KRECHMAN and SHELDON KRECHMAN (hereinafter jointly referred to as

"PLAINTIFFS"), are the Robert Appel's mother, Carole Krechman, and the Robert Appel's stepfather, Sheldon Krechman. The DEFENDANTS are the County of Riverside and four deputies who were involved with Mr. Appel - Investigator Martin Alfaro, Investigator Sean Dusek, Investigator Robert Garcia and Deputy Edward Chacon. The PLAINTIFFS claim that the officers unlawfully detained Mr. Robert Appel, used excessive force on him, and acted unreasonably with regard to his medical needs, all in violation of the Robert Appel's and the PLAINTIFFS' constitutional rights, and that the County of Riverside is also liable for its role in causing these alleged constitutional deprivations. PLAINTIFFS seek compensation from the defendants for their losses.

DEFENDANTS contend that there was probable cause to detain Mr. Appel, and based upon Robert Appel's irrational resistance to his attempted detention, the deputies acted in a reasonably prudent manner and used appropriate force to prevent him from harming himself, or others. DEFENDANTS contend that Robert Appel's death was not caused by the detention and his resistance thereto, and responded appropriately to his medical needs. DEFENDANTS deny all of PLAINTIFFS' allegations regarding the liability of the County of Riverside and the nature and extent of PLAINTIFFS' claimed damages.

DATED: December 16, 2011              KINKLE, RODIGER AND SPRIGGS
                                      Professional Corporation



                                      _____
                                      BRUCE E. DISENHOUSE