# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE KRECHMAN, | CASE NO: CV10-08705- ODW(DTBx) |
| Plaintiff, | |
| v. | |
| COUNTY OF RIVERSIDE; DEPUTY R. GARCIA; DEPUTY M. ALFARO; DEPUTY S. DUSEK; and DEPUTY E. CHACON, | **JUDGMENT** |
| Defendants. | |

This matter came on regularly for trial on January 3, 2012, before the Honorable Otis D. Wright, Judge Presiding. A jury of eight persons was duly empaneled and sworn. Witnesses were called and exhibits were admitted. At the conclusion of Plaintiff's case in chief, and renewed at the conclusion of Defendants' case in chief, Defendants orally moved for judgment as a matter of law as to all remaining claims, pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. The Court heard oral argument on the motion and initially took the motion under submission. On January 17, 2012, the Court entertained further discussion on the motion, while the jury deliberated on the issues submitted to them.

Good Cause appearing, based on the Court's review of all of the evidence adduced at trial, the Court hereby grants Defendants' Rule 50(a) Motion as to all Defendants' and as to all claims, finding as a matter of law that no reasonable jury would have a sufficient evidentiary basis to find for the Plaintiff on the following issues:

(a) That the pre-handcuffing conduct of the Defendants violated the Decedent's rights under the Fourth Amendment to the United States Constitution;

(b) That the post-handcuffing conduct of the Defendants violated the Decedent's right under the Fourth Amendment to the United States Constitution;

(c) That the defendants' conduct towards the Decedent was negligent; and

(d) That the Defendants' conduct, whether it be deemed the exercise of excessive/unreasonable force and/or negligent, was a substantial factor in causing Decedent's death.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing by way of this suit against Defendants, that judgment be entered in favor of all Defendants and against Plaintiff, and that Defendants shall recover costs of suit, as permitted by Local Rule 54-2 and 54-4, and 28 US Code Section 1920 et seq.

Dated: 1-23- 2012

_____
Otis D. Wright II
United States District Judge