Dale K. Galipo, Esq. (Bar No. 144074)
   dalekgalipo@yahoo.com
Thomas C. Seabaugh, Esq. (Bar No. 272458)
   tseabaugh@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff Carole Krechman*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE KRECHMAN, individually and as successor-in-interest to Robert Albert Appel,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; DEPUTY R. GARCIA; DEPUTY M. ALFARO; DEPUTY S. DUSEK; DEPUTY E. CHACON , and Does 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-08705 ODW (DTBx)<br><br>*The Hon. Otis D. Wright*<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE** |

    Come now Plaintiff Carole Krechman, individually and as successor-in-interest to Robert Albert Appel; and County of Riverside, Deputy R. Garcia, Deputy M. Alfaro, Deputy S. Dusek, and Deputy E. Chacon, by and through their respective attorneys of record and hereby stipulate as follows:

    1.    The parties have reached settlement on all issues raised in this matter.

    2.    Dismissal of this case with prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a).

---

1      3.    The parties stipulate and request that the case be dismissed with prejudice.

DATED: June 23, 2014          DISENHOUSE AND IVICEVIC

                                    */s/ Bruce E. Disenhouse*
                                 Bruce E. Disenhouse
                                 Attorneys for Defendants

DATED: June 23, 2014          LAW OFFICES OF DALE K. GALIPO

                                      */s/ Thomas C. Seabaugh*
                                 Dale K. Galipo
                                 Thomas C. Seabaugh
                                 Attorneys for Plaintiff